Entered: April 3rd, 2024
Signed: April 3rd, 2024
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Cynthia Ann Warren, | * | Case No. 23-13194-MMH |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | * | |
| Beth A. Henson, | * | Case No. 23-12719-MMH |
| Debtor. | * | Chapter 11 |
| | * | Jointly Administered Under |
| | * | Case No.: 23−13194−MMH |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**SECOND ORDER SETTING CERTAIN DEADLINES AND FURTHER HEARING**

The Court held a status hearing in the above-captioned jointly administered chapter 11 cases on April 3, 2024 (the "Status Hearing"). For the reasons set forth on the record at the Status Hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a further status hearing in these chapter 11 cases on **July 25, 2024, at 1:00 p.m., by videoconference** (the "July Hearing"); and it is further

**ORDERED**, that the Debtors shall supplement and re-serve the Motion for Relief from Stay filed at ECF 77 and clearly state in that supplement the specific relief requested and that any

2

objections must be filed with the Court within 10 days of the supplement service date; and it is further

**ORDERED**, that parties who wish to participate in the July Hearing shall contact the Court's Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov to receive the Zoom hearing access information.


cc:     All Parties

**END OF ORDER**