# Sandy Spring Bank

Last statement: April 30, 2024  
This statement: May 31, 2024  
Total days in statement period: 31

Page 1 of 6  
XX-XXXX24-10  
(0)

Direct inquiries to:  
800-399-5919

CYNTHIA A WARREN  
DEBTOR IN POSSESSION CASE 23-1319-MMH  
1024 E 36TH ST  
BALTIMORE MD 21218-2146

Sandy Spring Bank  
17801 Georgia Ave  
Olney MD 20832

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX24-10 |
| Low balance | $823,107.83 |
| Average balance | $824,978.52 |

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 04-30 | Beginning balance | | | $831,504.84 |
| 05-01 | ' ATM Surcharge | | -2.00 | 831,502.84 |
| | SURCHARGE AMOUNT TERMINAL EX039223 | | | |
| | 15555 EASTERN AVE BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 460300007421 | | | |
| 05-01 | ' Star ATM Withdrawal | | -100.00 | 831,402.84 |
| | CASH WITHDRAWAL TERMINAL EX039223 | | | |
| | 15555 EASTERN AVE BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 460300007421 | | | |
| 05-01 | ' Service Charge | | -2.50 | 831,400.34 |
| | STAR ATM WITHDRAWA | | | |
| 05-02 | ' Debit Card Purchase | | -30.16 | 831,370.18 |
| | MERCHANT PURCHASE TERMINAL 55432864 | | | |
| | TST* CREOLE SOUL RESTA Baltimore MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 208060254663 | | | |
| 05-03 | ' Debit Card Purchase | | -42.00 | 831,328.18 |
| | MERCHANT PURCHASE TERMINAL 75500594 | | | |
| | STATE HIGHWAY ADMIN 301-38831 MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 021466593198 | | | |
| 05-03 | ' ACH Withdrawal | | -90.50 | 831,237.68 |
| | WATER DEPT ONLINE PMT | | | |
| | 240503 | | | |
| 05-03 | ' ACH Withdrawal | | -120.72 | 831,116.96 |
| | VERIZON WIRELESS ONLINE PMT | | | |
| | 240503 | | | |
| 05-03 | ' ACH Withdrawal | | -157.24 | 830,959.72 |
| | COMCAST ONLINE PMT | | | |
| | 240503 | | | |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank

CYNTHIA A WARREN                                              Page 2 of 6
May 31, 2024                                                  XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-03 | ' ACH Withdrawal<br>BALTIMORE GAS AN ONLINE PMT<br>240503 | | -180.34 | 830,779.38 |
| 05-03 | ' ACH Withdrawal<br>NATIONWIDE INS ONLINE PMT<br>240503 | | -504.68 | 830,274.70 |
| 05-03 | ' ACH Withdrawal<br>AMERICAN EXPRESS ONLINE PMT<br>240503 | | -4,781.95 | 825,492.75 |
| 05-06 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL A618221<br>5900 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 412600003048 | | -3.00 | 825,489.75 |
| 05-06 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL A618221<br>5900 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 412600003048 | | -120.00 | 825,369.75 |
| 05-06 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 825,367.25 |
| 05-06 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0403<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 655210 | | -40.40 | 825,326.85 |
| 05-06 | ' Authorized Transfer<br>ZELLE RYAN WILDER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -200.00 | 825,126.85 |
| 05-07 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL A614673<br>5722 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 412900007252 | | -3.00 | 825,123.85 |
| 05-07 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL A614673<br>5722 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 412900007252 | | -150.00 | 824,973.85 |
| 05-07 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 824,971.35 |
| 05-08 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL EX038674<br>5875 BELAIR RD BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 806300005239 | | -2.00 | 824,969.35 |
| 05-08 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL EX038674<br>5875 BELAIR RD BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 806300005239 | | -200.00 | 824,769.35 |
| 05-08 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 824,766.85 |

# Sandy Spring Bank

CYNTHIA A WARREN                                                                 Page 3 of 6
May 31, 2024                                                                     XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 05-09 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432864<br>SWEETGREEN TOWSON TOWSON MD<br>XXXXXXXXXXXX3384 SEQ # 200056106407 | | -17.33 | 824,749.52 |
| 05-09 | ' ACH Withdrawal<br>THE ALUMNI INSUR ONLINE PMT<br>240509 | | -551.00 | 824,198.52 |
| 05-13 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL EX039222<br>15555 EASTERN AVE BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 922100008196 | | -2.00 | 824,196.52 |
| 05-13 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL EX039222<br>15555 EASTERN AVE BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 922100008196 | | -100.00 | 824,096.52 |
| 05-13 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 824,094.02 |
| 05-13 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 73037742<br>BJS WHOLESALE #0377 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 413200042046 | | -53.96 | 824,040.06 |
| 05-13 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 30145404<br>CVS/PHARM 01454--1910 BOWIE MD<br>XXXXXXXXXXXX3384 SEQ # 025311 | | -18.22 | 824,021.84 |
| 05-13 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0407<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 987834 | | -34.81 | 823,987.03 |
| 05-13 | ' ACH Withdrawal<br>CINTI LIF INS CO INSUR PREM<br>240510 | | -673.20 | 823,313.83 |
| 05-14 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL P686652<br>3317 KESWICK RD. BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 413400002793 | | -3.50 | 823,310.33 |
| 05-14 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL P686652<br>3317 KESWICK RD. BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 413400002793 | | -200.00 | 823,110.33 |
| 05-14 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 823,107.83 |
| 05-15 | ' ACH Credit<br>SSA TREAS 310 XXSOC SEC<br>240515 | 2,371.00 | | 825,478.83 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank

CYNTHIA A WARREN                                                              Page 4 of 6
May 31, 2024                                                                   XX-XXXX24-10

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 05-16 | ' ATM Surcharge |  | -3.00 | 825,475.83 |
|  | SURCHARGE AMOUNT TERMINAL A614673 |  |  |  |
|  | 5722 YORK RD US BALTIMORE MD |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 413800007688 |  |  |  |
| 05-16 | ' Star ATM Withdrawal |  | -130.00 | 825,345.83 |
|  | CASH WITHDRAWAL TERMINAL A614673 |  |  |  |
|  | 5722 YORK RD US BALTIMORE MD |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 413800007688 |  |  |  |
| 05-16 | ' Service Charge |  | -2.50 | 825,343.33 |
|  | STAR ATM WITHDRAWA |  |  |  |
| 05-17 | ' ATM Surcharge |  | -2.85 | 825,340.48 |
|  | SURCHARGE AMOUNT TERMINAL GM052150 |  |  |  |
|  | 7040 CARROLL AVE VICTOR MT |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 413800002001 |  |  |  |
| 05-17 | ' Star ATM Withdrawal |  | -90.00 | 825,250.48 |
|  | CASH WITHDRAWAL TERMINAL GM052150 |  |  |  |
|  | 7040 CARROLL AVE VICTOR MT |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 413800002001 |  |  |  |
| 05-17 | ' Service Charge |  | -2.50 | 825,247.98 |
|  | STAR ATM WITHDRAWA |  |  |  |
| 05-20 | ' Debit Card Purchase |  | -109.39 | 825,138.59 |
|  | POS PURCHASE TERMINAL 03765086 |  |  |  |
|  | PERSIMMON CHEVY CHA MD |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 521188 |  |  |  |
| 05-20 | ' Debit Card Purchase |  | -108.00 | 825,030.59 |
|  | POS PURCHASE TERMINAL 29881008 |  |  |  |
|  | REGALA CARD SILVER SP MD |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 414117800420 |  |  |  |
| 05-20 | ' Authorized Transfer |  | -500.00 | 824,530.59 |
|  | ZELLE ANNIA CHRISAKIS |  |  |  |
|  | SANDY SPRING BANK 91043 |  |  |  |
|  | 17801 GEORGIA AVEN |  |  |  |
| 05-21 | ' Debit Card Purchase |  | -29.44 | 824,501.15 |
|  | POS PURCHASE TERMINAL 98825001 |  |  |  |
|  | WHOLEFDS 1330 SMI TH A BALTIMORE MD |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 827842 |  |  |  |
| 05-22 | ' Debit Card Purchase |  | -100.00 | 824,401.15 |
|  | POS PURCHASE TERMINAL 77827301 |  |  |  |
|  | SQ *HAPPINESS IV WASHINGTO DC |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 414317637713 |  |  |  |
| 05-22 | ' Debit Card Purchase |  | -29.88 | 824,371.27 |
|  | POS PURCHASE TERMINAL 0407 |  |  |  |
|  | GIANT 0303 601 EAST 33 BALTIMORE MD |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 063291 |  |  |  |
| 05-23 | ' ATM Surcharge |  | -3.00 | 824,368.27 |
|  | SURCHARGE AMOUNT TERMINAL A618221 |  |  |  |
|  | 5900 YORK RD US BALTIMORE MD |  |  |  |
|  | XXXXXXXXXXXX3384 SEQ # 414500003185 |  |  |  |

# Sandy Spring Bank

CYNTHIA A WARREN                                              Page 5 of 6
May 31, 2024                                                  XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-23 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL A618221<br>5900 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 414500003185 | | -60.00 | 824,308.27 |
| 05-23 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 824,305.77 |
| 05-23 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 98825001<br>WHOLEFDS 1330 SMI TH A BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 744912 | | -18.43 | 824,287.34 |
| 05-24 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140484<br>CHICK-FIL-A #00691 BOWIE MD<br>XXXXXXXXXXXX3384 SEQ # 710005117988 | | -10.38 | 824,276.96 |
| 05-24 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310204<br>CHIPOTLE 3475 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 091000125692 | | -10.71 | 824,266.25 |
| 05-28 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL EX038674<br>5875 BELAIR RD BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 201200007203 | | -2.00 | 824,264.25 |
| 05-28 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL EX038674<br>5875 BELAIR RD BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 201200007203 | | -140.00 | 824,124.25 |
| 05-28 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 824,121.75 |
| 05-28 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140484<br>CHICK-FIL-A #03236 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 710022989144 | | -10.39 | 824,111.36 |
| 05-28 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 31142073<br>TARGET T- 1238 PUTTY H TOWSON MD<br>XXXXXXXXXXXX3384 SEQ # 638875 | | -13.56 | 824,097.80 |
| 05-28 | ' Authorized Transfer<br>ZELLE RYAN WILDER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -100.00 | 823,997.80 |
| 05-29 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL A659766<br>5716 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 415100003081 | | -3.00 | 823,994.80 |
| 05-29 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL A659766<br>5716 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 415100003081 | | -60.00 | 823,934.80 |

# Sandy Spring Bank

CYNTHIA A WARREN                                                                                   Page 6 of 6
May 31, 2024                                                                                       XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 05-29 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 823,932.30 |
| 05-29 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 54098601<br>ROYAL FARMS 85 COLUMBIA MD<br>XXXXXXXXXXXX3384 SEQ # 272546 | | -6.45 | 823,925.85 |
| 05-30 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 23200651<br>SAFEWAY 2892 WASHINGTO DC<br>XXXXXXXXXXXX3384 SEQ # 357364 | | -2.39 | 823,923.46 |
| 05-31 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55488724<br>RITAS #267 Q67 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 400714000758 | | -6.00 | 823,917.46 |
| 05-31 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 02305374<br>TST* DOI MOI WASHINGTO DC<br>XXXXXXXXXXXX3384 SEQ # 500261279238 | | -40.90 | 823,876.56 |
| 05-31 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0406<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 376254 | | -40.46 | 823,836.10 |
| 05-31 | **Ending totals** | 2,371.00 | -10,039.74 | $823,836.10 |

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 05/31/2024