# Sandy Spring Bank

Last statement: March 31, 2024  
This statement: April 30, 2024  
Total days in statement period: 30

Page 1 of 6  
XX-XXXX24-10  
(0)

Direct inquiries to:  
800-399-5919

CYNTHIA A WARREN  
DEBTOR IN POSSESSION CASE 23-1319-MMH  
1024 E 36TH ST  
BALTIMORE MD 21218-2146

Sandy Spring Bank  
17801 Georgia Ave  
Olney MD  20832

---

**EFFECTIVE 05/01/24,   WE  WILL  INCREASE  THE  FEE  FOR  DOMESTIC  WIRES  TO $35.00  FROM $25.00.**

---

## My Free Banking

Account number         XX-XXXX24-10  
Low balance            $21,116.38  
Average balance        $346,716.23

**DAILY ACTIVITY**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-31 | Beginning balance | | | $28,072.54 |
| 04-01 | ' Service Charge<br>OTHER-ATM BAL INQ | | -2.50 | 28,070.04 |
| 04-01 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL P686652<br>3317 KESWICK RD. BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 409000000240 | | -3.50 | 28,066.54 |
| 04-01 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL P686652<br>3317 KESWICK RD. BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 409000000240 | | -200.00 | 27,866.54 |
| 04-01 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 27,864.04 |
| 04-01 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0406<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 415363 | | -22.55 | 27,841.49 |
| 04-01 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55500804<br>WAVERLY ACE HARDWARE BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 400000336805 | | -21.18 | 27,820.31 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 04/30/2024

# Sandy Spring Bank

CYNTHIA A WARREN  
April 30, 2024

Page 2 of 6  
XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 04-02 | ' ACH Withdrawal<br>WATER DEPT ONLINE PMT<br>240402 | | -104.50 | 27,715.81 |
| 04-02 | ' ACH Withdrawal<br>VERIZON WIRELESS ONLINE PMT<br>240402 | | -107.99 | 27,607.82 |
| 04-03 | ' ACH Withdrawal<br>COMCAST ONLINE PMT<br>240403 | | -95.98 | 27,511.84 |
| 04-03 | ' ACH Withdrawal<br>BALTIMORE GAS AN ONLINE PMT<br>240403 | | -260.22 | 27,251.62 |
| 04-03 | ' ACH Withdrawal<br>NATIONWIDE INS ONLINE PMT<br>240403 | | -504.68 | 26,746.94 |
| 04-03 | ' ACH Withdrawal<br>AMERICAN EXPRESS ONLINE PMT<br>240403 | | -2,845.95 | 23,900.99 |
| 04-05 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL A614673<br>5722 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 409700006036 | | -3.00 | 23,897.99 |
| 04-05 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL A614673<br>5722 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 409700006036 | | -130.00 | 23,767.99 |
| 04-05 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 23,765.49 |
| 04-05 | ' Authorized Transfer<br>ZELLE RYAN WILDER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -100.00 | 23,665.49 |
| 04-05 | ' Authorized Transfer<br>ZELLE DEBORAH BLAIR CPA,<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -460.00 | 23,205.49 |
| 04-08 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 44982901<br>SPROUTS FARMERS TOWSON MD<br>XXXXXXXXXXXX3384 SEQ # 223142 | | -12.40 | 23,193.09 |
| 04-08 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 08415203<br>ALDI 71035 TOWSON MD<br>XXXXXXXXXXXX3384 SEQ # 813471 | | -23.97 | 23,169.12 |
| 04-08 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0406<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 235758 | | -78.81 | 23,090.31 |

# Sandy Spring Bank

CYNTHIA A WARREN                                                Page 3 of 6
April 30, 2024                                                  XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-08 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310204<br>CHIPOTLE 0510 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 091136001375 | | -11.03 | 23,079.28 |
| 04-09 | ' Authorized Transfer<br>ZELLE ANNIA CHRISAKIS<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN | | -500.00 | 22,579.28 |
| 04-10 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 77827301<br>SQ *HAPPINESS IV WASHINGTO DC<br>XXXXXXXXXXXX3384 SEQ # 410117292265 | | -110.00 | 22,469.28 |
| 04-11 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL A659769<br>5800 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 410200003354 | | -3.00 | 22,466.28 |
| 04-11 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL A659769<br>5800 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 410200003354 | | -100.00 | 22,366.28 |
| 04-11 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 22,363.78 |
| 04-11 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140484<br>CHICK-FIL-A #00691 BOWIE MD<br>XXXXXXXXXXXX3384 SEQ # 710004695845 | | -10.38 | 22,353.40 |
| 04-11 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310204<br>CHIPOTLE 2468 UPPER MAR MD<br>XXXXXXXXXXXX3384 SEQ # 091717001112 | | -10.65 | 22,342.75 |
| 04-11 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 30203403<br>CVS/PHARM 02034--5200 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 755890 | | -7.20 | 22,335.55 |
| 04-11 | ' ACH Withdrawal<br>CINTI LIF INS CO INSUR PREM<br>240410 | | -673.20 | 21,662.35 |
| 04-12 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 73037743<br>BJS WHOLESALE #0377 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 410300043647 | | -75.92 | 21,586.43 |
| 04-15 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140484<br>CHICK-FIL-A #00691 BOWIE MD<br>XXXXXXXXXXXX3384 SEQ # 710005156082 | | -10.38 | 21,576.05 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank

CYNTHIA A WARREN                                                                          Page 4 of 6
April 30, 2024                                                                            XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-15 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 29881008<br>REGALA CARD SILVER SP MD<br>XXXXXXXXXXXX3384 SEQ # 410418903121 |  | -239.00 | 21,337.05 |
| 04-15 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432864<br>STARBUCKS STORE 11515 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 202678017142 |  | -13.52 | 21,323.53 |
| 04-15 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0405<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 862851 |  | -24.59 | 21,298.94 |
| 04-15 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0406<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 279807 |  | -30.89 | 21,268.05 |
| 04-15 | ' Authorized Transfer<br>ZELLE RYAN WILDER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN |  | -100.00 | 21,168.05 |
| 04-16 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55488724<br>RITAS #267 Q67 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 400719002466 |  | -6.00 | 21,162.05 |
| 04-16 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 43246905<br>WAWA 8510 TOWSON MD<br>XXXXXXXXXXXX3384 SEQ # 761617 |  | -6.70 | 21,155.35 |
| 04-16 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0402<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 962127 |  | -38.97 | 21,116.38 |
| 04-17 | ' ACH Credit<br>SSA TREAS 310 XXSOC SEC<br>240417 | 2,371.00 |  | 23,487.38 |
| 04-17 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310204<br>CHIPOTLE 0510 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 091135002118 |  | -13.83 | 23,473.55 |
| 04-17 | ' Authorized Transfer<br>ZELLE RYAN WILDER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN |  | -50.00 | 23,423.55 |
| 04-18 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432864<br>STARBUCKS STORE 28147 TIMONIUM MD<br>XXXXXXXXXXXX3384 SEQ # 203326546308 |  | -5.78 | 23,417.77 |
| 04-19 | ' Deposit | 809,152.15 |  | 832,569.92 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 04/30/2024

# Sandy Spring Bank

CYNTHIA A WARREN                                                    Page 5 of 6
April 30, 2024                                                      XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-19 | ' ATM Surcharge | | -3.00 | 832,566.92 |
| | SURCHARGE AMOUNT TERMINAL A659767 | | | |
| | 5900 YORK RD US BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 411000009164 | | | |
| 04-19 | ' Star ATM Withdrawal | | -90.00 | 832,476.92 |
| | CASH WITHDRAWAL TERMINAL A659767 | | | |
| | 5900 YORK RD US BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 411000009164 | | | |
| 04-19 | ' Service Charge | | -2.50 | 832,474.42 |
| | STAR ATM WITHDRAWA | | | |
| 04-19 | ' Debit Card Purchase | | -12.44 | 832,461.98 |
| | MERCHANT PURCHASE TERMINAL 15270214 | | | |
| | Subway 49109 Bowie MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 001081402048 | | | |
| 04-19 | ' Debit Card Purchase | | -42.46 | 832,419.52 |
| | POS PURCHASE TERMINAL 0408 | | | |
| | GIANT 0303 601 EAST 33 BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 496567 | | | |
| 04-22 | ' Debit Card Purchase | | -9.97 | 832,409.55 |
| | MERCHANT PURCHASE TERMINAL 55432864 | | | |
| | STARBUCKS STORE 27873 BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 204605918543 | | | |
| 04-22 | ' Debit Card Purchase | | -157.00 | 832,252.55 |
| | POS PURCHASE TERMINAL 29881008 | | | |
| | REGALA CARD SILVER SP MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 411320904088 | | | |
| 04-23 | ' ATM Surcharge | | -3.50 | 832,249.05 |
| | SURCHARGE AMOUNT TERMINAL GM044042 | | | |
| | 5730 FALLS ROAD BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 411400006267 | | | |
| 04-23 | ' Star ATM Withdrawal | | -30.00 | 832,219.05 |
| | CASH WITHDRAWAL TERMINAL GM044042 | | | |
| | 5730 FALLS ROAD BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 411400006267 | | | |
| 04-23 | ' Service Charge | | -2.50 | 832,216.55 |
| | STAR ATM WITHDRAWA | | | |
| 04-24 | ' Debit Card Purchase | | -19.07 | 832,197.48 |
| | MERCHANT PURCHASE TERMINAL 82117554 | | | |
| | CC* CRUMBL TOWSON LINDON UT | | | |
| | XXXXXXXXXXXX3384 SEQ # 000004628308 | | | |
| 04-24 | ' Debit Card Purchase | | -10.39 | 832,187.09 |
| | MERCHANT PURCHASE TERMINAL 55310204 | | | |
| | CHIPOTLE 0510 BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 091132001742 | | | |
| 04-24 | ' Debit Card Purchase | | -21.21 | 832,165.88 |
| | POS PURCHASE TERMINAL 0408 | | | |
| | GIANT 0303 601 EAST 33 BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 681345 | | | |

# Sandy Spring Bank

CYNTHIA A WARREN  
April 30, 2024

Page 6 of 6  
XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 04-25 | ' ATM Surcharge | | -3.00 | 832,162.88 |
| | SURCHARGE AMOUNT TERMINAL A618221 | | | |
| | 5900 YORK RD US BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 411700002701 | | | |
| 04-25 | ' Star ATM Withdrawal | | -90.00 | 832,072.88 |
| | CASH WITHDRAWAL TERMINAL A618221 | | | |
| | 5900 YORK RD US BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 411700002701 | | | |
| 04-25 | ' Service Charge | | -2.50 | 832,070.38 |
| | STAR ATM WITHDRAWA | | | |
| 04-25 | ' Debit Card Purchase | | -17.13 | 832,053.25 |
| | MERCHANT PURCHASE TERMINAL 05436844 | | | |
| | FIVE GUYS 4029 QSR BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 500107208401 | | | |
| 04-25 | ' Debit Card Purchase | | -6.00 | 832,047.25 |
| | MERCHANT PURCHASE TERMINAL 55488724 | | | |
| | RITAS #267 Q67 BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 400718001088 | | | |
| 04-26 | ' Debit Card Purchase | | -42.41 | 832,004.84 |
| | POS PURCHASE TERMINAL 0401 | | | |
| | GIANT 0303 601 EAST 33 BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 893373 | | | |
| 04-29 | ' Authorized Transfer | | -500.00 | 831,504.84 |
| | ZELLE ANNIA CHRISAKIS | | | |
| | SANDY SPRING BANK 91043 | | | |
| | 17801 GEORGIA AVEN | | | |
| 04-30 | **Ending totals** | **811,523.15** | **-8,090.85** | **$831,504.84** |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 04/30/2024