# Sandy Spring Bank

Last statement: May 31, 2024
This statement: June 30, 2024
Total days in statement period: 30

Page 1 of 5
XX-XXXX24-10
(0)

Direct inquiries to:
800-399-5919

CYNTHIA A WARREN
DEBTOR IN POSSESSION CASE 23-1319-MMH
1024 E 36TH ST
BALTIMORE MD 21218-2146

Sandy Spring Bank
17801 Georgia Ave
Olney MD 20832

## My Free Banking

| | |
|---|---|
| Account number | XX-XXXX24-10 |
| Low balance | $814,657.27 |
| Average balance | $817,188.36 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-31 | Beginning balance | | | $823,836.10 |
| 06-03 | ' ATM Surcharge | | -3.50 | 823,832.60 |
| | SURCHARGE AMOUNT TERMINAL TX034986 | | | |
| | 229 W CHASE ST BA LTIMO BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 415300001178 | | | |
| 06-03 | ' Star ATM Withdrawal | | -100.00 | 823,732.60 |
| | CASH WITHDRAWAL TERMINAL TX034986 | | | |
| | 229 W CHASE ST BA LTIMO BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 415300001178 | | | |
| 06-03 | ' Service Charge | | -2.50 | 823,730.10 |
| | STAR ATM WITHDRAWA | | | |
| 06-03 | ' ATM Surcharge | | -3.50 | 823,726.60 |
| | SURCHARGE AMOUNT TERMINAL P686652 | | | |
| | 3317 KESWICK RD. BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 415400004668 | | | |
| 06-03 | ' Star ATM Withdrawal | | -100.00 | 823,626.60 |
| | CASH WITHDRAWAL TERMINAL P686652 | | | |
| | 3317 KESWICK RD. BALTIMORE MD | | | |
| | XXXXXXXXXXXX3384 SEQ # 415400004668 | | | |
| 06-03 | ' Service Charge | | -2.50 | 823,624.10 |
| | STAR ATM WITHDRAWA | | | |
| 06-03 | ' Debit Card Purchase | | -6.00 | 823,618.10 |
| | MERCHANT PURCHASE TERMINAL 55432864 | | | |
| | STARBUCKS STORE 07685 WASHINGTO DC | | | |
| | XXXXXXXXXXXX3384 SEQ # 207238610388 | | | |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 06/28/2024

# Sandy Spring Bank

CYNTHIA A WARREN  
June 30, 2024

Page 2 of 5  
XX-XXXX24-10

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-03 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432864<br>STARBUCKS STORE 27873 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 208241254856 | | -5.99 | 823,612.11 |
| 06-03 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 98825001<br>WHOLEFDS 1330 SMI TH A BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 700092 | | -24.50 | 823,587.61 |
| 06-04 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL EX039222<br>15555 EASTERN AVE BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 717500000460 | | -2.00 | 823,585.61 |
| 06-04 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL EX039222<br>15555 EASTERN AVE BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 717500000460 | | -200.00 | 823,385.61 |
| 06-04 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 823,383.11 |
| 06-04 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 31142175<br>TARGET T- 1238 PUTTY H TOWSON MD<br>XXXXXXXXXXXX3384 SEQ # 750295 | | -64.87 | 823,318.24 |
| 06-05 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0415<br>GIANT 2306 1020 W 41ST BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 608921 | | -36.10 | 823,282.14 |
| 06-05 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 98825001<br>WHOLEFDS 1330 SMI TH A BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 803077 | | -26.07 | 823,256.07 |
| 06-05 | ' ACH Withdrawal<br>VERIZON WIRELESS ONLINE PMT<br>240605 | | -102.05 | 823,154.02 |
| 06-05 | ' ACH Withdrawal<br>WATER DEPT ONLINE PMT<br>240605 | | -104.50 | 823,049.52 |
| 06-05 | ' ACH Withdrawal<br>BALTIMORE GAS AN ONLINE PMT<br>240605 | | -107.48 | 822,942.04 |
| 06-05 | ' ACH Withdrawal<br>COMCAST ONLINE PMT<br>240605 | | -135.90 | 822,806.14 |
| 06-05 | ' ACH Withdrawal<br>NATIONWIDE INS ONLINE PMT<br>240605 | | -569.70 | 822,236.44 |
| 06-05 | ' ACH Withdrawal<br>AMERICAN EXPRESS ONLINE PMT<br>240605 | | -5,870.85 | 816,365.59 |

# Sandy Spring Bank

```
CYNTHIA A WARREN                                               Page 3 of 5
June 30, 2024                                                  XX-XXXX24-10
```

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-07 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 98825001<br>WHOLEFDS 1330 SMI TH A BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 736267 | | -21.95 | 816,343.64 |
| 06-10 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432864<br>TST* PAPPAS- GLEN BURN Glen Burn MD<br>XXXXXXXXXXXX3384 SEQ # 200182767519 | | -34.32 | 816,309.32 |
| 06-10 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 05140484<br>CHICK-FIL-A #00691 BOWIE MD<br>XXXXXXXXXXXX3384 SEQ # 710004999186 | | -8.46 | 816,300.86 |
| 06-10 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 98825001<br>WHOLEFDS 1330 SMI TH A BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 805885 | | -13.25 | 816,287.61 |
| 06-10 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 98825001<br>WHOLEFDS 1330 SMI TH A BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 804378 | | -26.42 | 816,261.19 |
| 06-11 | ' ACH Withdrawal<br>CINTI LIF INS CO INSUR PREM<br>240610 | | -673.20 | 815,587.99 |
| 06-12 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL NH074829<br>5806 YORK RD BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 416400001005 | | -3.00 | 815,584.99 |
| 06-12 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL NH074829<br>5806 YORK RD BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 416400001005 | | -200.00 | 815,384.99 |
| 06-12 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 815,382.49 |
| 06-14 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL EX039222<br>15555 EASTERN AVE BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 718800001361 | | -2.00 | 815,380.49 |
| 06-14 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL EX039222<br>15555 EASTERN AVE BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 718800001361 | | -200.00 | 815,180.49 |
| 06-14 | ' Service Charge<br>STAR ATM WITHDRAWA | | -2.50 | 815,177.99 |
| 06-17 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 98825001<br>WHOLEFDS 1330 SMI TH A BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 849583 | | -20.72 | 815,157.27 |

# Sandy Spring Bank

CYNTHIA A WARREN                                                                  Page 4 of 5
June 30, 2024                                                                     XX-XXXX24-10

| Date  | Description | Additions | Subtractions | Balance    |
|-------|-------------|-----------|--------------|------------|
| 06-17 | ' Authorized Transfer<br>ZELLE ANNIA CHRISAKIS<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN |  | -500.00 | 814,657.27 |
| 06-18 | ' ACH Credit<br>SSA TREAS 310 XXSOC SEC<br>240618 | 2,371.00 |  | 817,028.27 |
| 06-18 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0406<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 599261 |  | -6.99 | 817,021.28 |
| 06-20 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310204<br>CHIPOTLE 3475 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 004125642662 |  | -10.87 | 817,010.41 |
| 06-24 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 72306064<br>BOJANGLES 1020 CHARLOTTE NC<br>XXXXXXXXXXXX3384 SEQ # 900013640426 |  | -15.13 | 816,995.28 |
| 06-25 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL A659766<br>5716 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 417700004325 |  | -3.00 | 816,992.28 |
| 06-25 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL A659766<br>5716 YORK RD US BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 417700004325 |  | -120.00 | 816,872.28 |
| 06-25 | ' Service Charge<br>STAR ATM WITHDRAWA |  | -2.50 | 816,869.78 |
| 06-25 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310204<br>AUSTIN AIRPORT-RETAIL AUSTIN TX<br>XXXXXXXXXXXX3384 SEQ # 006390095414 |  | -5.50 | 816,864.28 |
| 06-25 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55432864<br>2092-CLT CNBC EXPRESS CHARLOTTE NC<br>XXXXXXXXXXXX3384 SEQ # 205245917870 |  | -53.61 | 816,810.67 |
| 06-25 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55310204<br>CHIPOTLE 0510 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 006898605564 |  | -10.39 | 816,800.28 |
| 06-25 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0402<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 436959 |  | -82.24 | 816,718.04 |

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

# Sandy Spring Bank

CYNTHIA A WARREN                                                                              Page 5 of 5
June 30, 2024                                                                                 XX-XXXX24-10

| Date  | Description                                                                 | Additions | Subtractions | Balance    |
|-------|-----------------------------------------------------------------------------|-----------|--------------|------------|
| 06-25 | ' Authorized Transfer<br>ZELLE SANDRA STREETER<br>SANDY SPRING BANK 91043<br>17801 GEORGIA AVEN |           | -400.00      | 816,318.04 |
| 06-26 | ' Debit Card Purchase<br>POS PURCHASE TERMINAL 0403<br>GIANT 0303 601 EAST 33 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 420552 |           | -8.08        | 816,309.96 |
| 06-27 | ' ATM Surcharge<br>SURCHARGE AMOUNT TERMINAL P686652<br>3317 KESWICK RD. BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 417900006267 |           | -3.50        | 816,306.46 |
| 06-27 | ' Star ATM Withdrawal<br>CASH WITHDRAWAL TERMINAL P686652<br>3317 KESWICK RD. BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 417900006267 |           | -100.00      | 816,206.46 |
| 06-27 | ' Service Charge<br>STAR ATM WITHDRAWA                                      |           | -2.50        | 816,203.96 |
| 06-28 | ' Debit Card Purchase<br>MERCHANT PURCHASE TERMINAL 55488724<br>RITAS #267 Q67 BALTIMORE MD<br>XXXXXXXXXXXX3384 SEQ # 001926662126 |           | -6.00        | 816,197.96 |
| 06-30 | **Ending totals**                                                           | 2,371.00  | -10,009.14   | $816,197.96 |

**OVERDRAFT/RETURN ITEM FEES**

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $0.00                 | $0.00              |
| Total Returned Item Fees | $0.00                 | $0.00              |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 06/28/2024