# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re<br><br>**CYNTHIA ANN WARREN**<br><br>Debtor | Bankruptcy Case: 23-13194-MMH<br>(Jointly Administered with case 23-12719)<br><br>Chapter 11 |

## LINE WITHDRAWING DOCUMENT 90

Gerard R. Vetter, Acting United States Trustee for Region Four, hereby withdraws the document filed as document 90 in the above-captioned case. The document was filed in error.

Respectfully submitted,

Dated: July 18, 2024

Gerard R. Vetter,
Acting United States Trustee for Region Four

By: */s/ Hugh M. Bernstein*
Hugh M. Bernstein
Fed. Bar No.: 23489
United State Department of Justice
101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-4300
E-mail:  hugh.m.bernstein@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 18, 2024, a copy of the foregoing Motion to Convert to Chapter 7 or to Dismiss was sent via first class mail, postage prepaid to:

Mark G. Chalpin
6411 Ivy Lane
Suite 304
Greenbelt, MD 20770

Matthew Kaiser
The Law Offices of KaiserDillon, PLLC
1099 14th Street, NW
Washington, DC 20005.

According to the Court's ECF records, electronic notice of this motion should be provided to the following persons:

- **Nancy Alper**   nancy.alper@dc.gov
- **Hugh M. (UST) Bernstein**   hugh.m.bernstein@usdoj.gov
- **Jessica Hepburn-Sadler**   sadlerjh@ballardspahr.com, andersonn@ballardspahr.com
- **Marc A. Ominsky**   info@mdlegalfirm.com, marc@mdlegalfirm.com;adeal@mdlegalfirm.com;bkcourtmailmd@gmail.com;a.mr78701@notify.bestcase.com
- **John D. Sadler**   Sadlerj@ballardspahr.com, andersonn@ballardspahr.com;LitDocket_East@ballardspahr.com
- **Eric S. Steiner**   info@steinerlawgroup.com, eric.steinerlawgroup.com@recap.email
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV
- 

                                            */s/ Hugh M. Bernstein*
                                            Hugh M. Bernstein