Entered: July 19th, 2024
Signed: July 18th, 2024
**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23–13194 – MMH**   Chapter: **11**

**Beth A. Henson,**
Debtor.

### ORDER AND NOTICE OF A HEARING ON
### MOTION TO CONVERT TO CHAPTER 7, OR IN THE ALTERNATIVE, TO DISMISS CASE

Gerard R. Vetter, Acting U.S. Trustee for Region Four having filed a motion to convert case to Chapter 7, or in the alternative, to dismiss case as to Beth A. Henson, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert case to Chapter 7, or in the alternative, to dismiss case will be held on **August 15, 2024, at 11:00 a.m., in Courtroom 9-C, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201**; and it is further

ORDERED, that if no objection is filed by any party in interest to Gerard R. Vetter, Acting U.S. Trustee for Region Four 's motion to convert case to Chapter 7, or in the alternative, to dismiss case within 14 days after the date a copy of this Order is served, the motion to convert case to Chapter 7, or in the alternative, to dismiss case may be granted without a hearing.

cc:   Attorney for Debtor – Eric S. Steiner
      Debtor
      U.S. Trustee
      All creditors and parties in interest

### End of Order

15x21 (rev. 05/02/2017) – KizzyFraser