United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 23-13194-MMH |
| Cynthia Ann Warren | Chapter 11 |
| Beth A. Henson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 19, 2024 | Form ID: pdfall | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Ann Warren, 1024 E 36th Street, Baltimore, MD 21218-2146 |
| jadb | + | Beth A. Henson, 298 Aston Forest Ln, Crownsville, MD 21032-1606 |
| cr | + | District of Columbia Office of Att General, 400 6th Street, N.W., Washington, DC 20001-0189 |
| 32500389 | | Affiliated Acceptance Corp, Out Of Business, Sunrise Beach, MO 65079 |
| 32251568 | + | Alumni Insurance, PO Box 844635, Boston, MA 02284-4635 |
| 32500392 | + | Brian L. Schwalb, Office of the Attorney General, District of Columbia, 400 6th Street N.W., Washington, DC 20001-0189 |
| 32500396 | + | Cynthia Warren, 1024 E. 36th St. NE, Baltimore, MD 21218-2146 |
| 32251573 | + | District of Columbia, c/o Office of Attorney General for D.C., 400 6th Street, NW, 10th floor, Washington, DC 20001-0189 |
| 32251576 | + | Homeserve, 601 Merritt 7, Norwalk, CT 06851-1174 |
| 32251578 | + | KaiserDillon, Pllc, 1099 14th Street, NW, 8th Floor West, Washington, DC 20005-3419 |
| 32251580 | + | Nationwide, PO Box 183260, Columbus, OH 43218-4260 |
| 32500400 | + | Newday Fin Llc/service, Po Box 100078, Duluth, GA 30096-9377 |
| 32500404 | + | Switchthink/nihfcu, 111 Rockville Pike, Rockville, MD 20850-5109 |
| 32500412 | + | USSA Federal Saving Bank/Nationstar, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Ste B, Coppell, TX 75019-4620 |
| 32251583 | | Xfinity/ Comcast, One Xfinity Center, Philadelphia, PA 19103 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 19 2024 19:09:03 | District of Columbia Office of Att General, 400 6th Street, N.W., Washington, DC 20001-0189 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 19 2024 19:11:00 | Office of The United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |
| 32500388 | + | Email/Text: BankruptcyNotices@aafes.com | Jul 19 2024 19:11:00 | AAFES, Attn: ruptcy Po Box 650060, Dallas, TX 75265-0060 |
| 32500390 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2024 19:25:02 | Amex Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 32251570 | + | Email/Text: BGEBankruptcy@BGE.com | Jul 19 2024 19:11:00 | Baltimore Gas & Electric, P.O. Box 1475, Baltimore, MD 21203-1475 |
| 32500391 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 19 2024 19:10:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 32500394 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 19 2024 19:11:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 32251572 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 19 2024 19:11:00 | Comptroller of Maryland, 301 W. Preston Street, Rm 409, Baltimore, MD 21201 |

| District/off: 0416-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: pdfall | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 32251610 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 19 2024 19:11:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32500393 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2024 19:14:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32500398 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2024 19:24:53 | Dsnb Bloomingdales, Attn: Recovery "Bk", Po Box 9111, Mason, OH 45040 |
| 32251573 | ^ | MEBN | Jul 19 2024 19:09:02 | District of Columbia, c/o Office of Attorney General for D.C., 400 6th Street, NW, 10th floor, Washington, DC 20001-0189 |
| 32251606 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2024 19:11:00 | Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 32500395 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2024 19:25:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 1985 |
| 32251575 | | Email/Text: mdtaoag@mdta.state.md.us | Jul 19 2024 19:11:00 | EZPass, PO Box 17600, Baltimore, MD 21297 |
| 32251579 | + | Email/Text: mvabankruptcynotices@mdot.maryland.gov | Jul 19 2024 19:11:00 | Motor Vehicle Adminstration, 6601 Ritchie Hwy, NE, Glen Burnie, MD 21062-1000 |
| 32500399 | + | Email/PDF: pa_dc_claims@navient.com | Jul 19 2024 19:14:33 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 32500401 | + | Email/Text: bnc@nordstrom.com | Jul 19 2024 19:11:13 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 32500402 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 19 2024 19:11:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 32251607 | + | Email/Text: karen.brown@treasury.gov | Jul 19 2024 19:11:00 | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 32500403 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 19 2024 19:11:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 32251611 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 19 2024 19:11:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32251612 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 19 2024 19:11:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32500405 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 19:14:15 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32500406 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 19:14:14 | Syncb/Sony Financial, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32500407 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 19:14:05 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 32500408 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 19 2024 19:26:04 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32251581 | + | Email/Text: bankruptcy@bbandt.com | Jul 19 2024 19:11:00 | Truist Bank, Attn: Bankruptcy Department, 214 N. Tryon St., Charlotte, NC 28202-2374 |
| 32500409 | + | Email/Text: bankruptcy@bbandt.com | Jul 19 2024 19:11:00 | Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 POB 85092, Richmond, VA 23286-0001 |
| 32262970 | ^ | MEBN | Jul 19 2024 19:08:47 | Truist Bank f/k/a SunTrust Bank, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |
| 32251608 | | Email/Text: atlreorg@sec.gov | | |

| District/off: 0416-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: pdfall | Total Noticed: 50 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Jul 19 2024 19:11:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 32500410 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 19 2024 19:11:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 32251609 |  | Email/Text: usamd.bankruptcy@usdoj.gov | Jul 19 2024 19:11:00 | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201 |
| 32500411 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 19 2024 19:11:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 32500424 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2024 19:24:53 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 32251582 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 19 2024 19:10:00 | Verizon wireless, PO Box 489, Newark, NJ 07101-0489 |
| 32500413 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 19 2024 19:14:32 | Wells Fargo Mortgage, Att: Written Correspondance Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32251569 |  | Baltimore City Department of Finance, Water Division, 200 HOliday Street |
| 32251577 | * | Internal Revenue Service (CIO), PO Box 7346, Philadelphia, PA 19101-7346 |
| 32251574 | ##+ | Dominion National, 251 18th Street S.. , Ste 900, Arlington, VA 22202-3543 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jessica Hepburn-Sadler | sadlerjh@ballardspahr.com  andersonn@ballardspahr.com |
| John D. Sadler | Sadlerj@ballardspahr.com  andersonn@ballardspahr.com,LitDocket_East@ballardspahr.com |

District/off: 0416-1 | User: admin | Page 4 of 4
Date Rcvd: Jul 19, 2024 | Form ID: pdfall | Total Noticed: 50

Marc A. Ominsky
info@mdlegalfirm.com
marc@mdlegalfirm.com,adeal@mdlegalfirm.com,bkcourtmailmd@gmail.com,a.mr78701@notify.bestcase.com

Nancy Alper
nancy.alper@dc.gov

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: July 19th, 2024
Signed: July 18th, 2024
**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **23−13194 − MMH**   Chapter: **11**

**Beth A. Henson,**
Debtor.

## ORDER AND NOTICE OF A HEARING ON
## MOTION TO CONVERT TO CHAPTER 7, OR IN THE ALTERNATIVE, TO DISMISS CASE

Gerard R. Vetter, Acting U.S. Trustee for Region Four having filed a motion to convert case to Chapter 7, or in the alternative, to dismiss case as to Beth A. Henson, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002−1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert case to Chapter 7, or in the alternative, to dismiss case will be held on A**ugust 15, 2024, at 11:00 a.m., in Courtroom 9-C, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201**; and it is further

ORDERED, that if no objection is filed by any party in interest to Gerard R. Vetter, Acting U.S. Trustee for Region Four 's motion to convert case to Chapter 7, or in the alternative, to dismiss case within 14 days after the date a copy of this Order is served, the motion to convert case to Chapter 7, or in the alternative, to dismiss case may be granted without a hearing.

cc:   Attorney for Debtor − Eric S. Steiner
      Debtor
      U.S. Trustee
      All creditors and parties in interest

## End of Order

15x21 (rev. 05/02/2017) − KizzyFraser