# CHASE PRIVATE CLIENT

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 30, 2023 through January 31, 2024

Account Number: 0385

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00138530 DRE 001 212 03224 NNNNNNNNNN  1 000000000 65 0000
BETH HENSON
DEBTOR IN POSSESSION CASE NO. 23-12719
298 ASTON FOREST LN
CROWNSVILLE MD 21032-1606



## CHECKING SUMMARY   Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $73,473.42 |
| Deposits and Additions | 164.98 |
| ATM & Debit Card Withdrawals | -6,871.55 |
| Electronic Withdrawals | -1,677.77 |
| **Ending Balance** | **$65,089.08** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.62 |
| Interest Paid Year-to-Date | $0.62 |

Interest paid in 2023 for account 0385 was $5.62.

Good news!  Your Chase Private Client Checking Monthly Service Fee was waived because you kept an average beginning day balance of $150,000 or more in qualifying linked deposits and investments during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $73,473.42 |
| 01/02 | Card Purchase Return     12/31 Shopmyexchange.Com 800-527-2345 TX Card 4706 | 5.99 | 73,479.41 |
| 01/02 | Card Purchase        12/30 Sams Scan-N-Go Annapolis MD Card 4706 | -5.46 | 73,473.95 |
| 01/02 | Card Purchase        12/31 Amzn Mktp US*4D9H42R Amzn.Com/Bill WA Card 4706 | -19.79 | 73,454.16 |
| 01/02 | Card Purchase        12/31 Amzn Mktp US*Wd96W19 Amzn.Com/Bill WA Card 4706 | -22.49 | 73,431.67 |
| 01/02 | Card Purchase        01/02 Amzn Mktp US*Ed0Wn48 Amzn.Com/Bill WA Card 4706 | -19.84 | 73,411.83 |
| 01/02 | Card Purchase        12/30 Latino Market Annapolis MD Card 4706 | -18.54 | 73,393.29 |
| 01/02 | Recurring Card Purchase 12/31 Netflix.Com Netflix.Com CA Card 4706 | -24.37 | 73,368.92 |
| 01/02 | Usaa P&C      Autopay     13877983     Web ID: Usaa-Pcbp | -140.41 | 73,228.51 |
| 01/03 | Ltcp Fltcip     Ins Prem           PPD ID: 7273728941 | -34.31 | 73,194.20 |
| 01/04 | Card Purchase        01/03 Sams Scan-N-Go Annapolis MD Card 4706 | -53.25 | 73,140.95 |
| 01/04 | Verizon Wireless Payments          PPD ID: 1223344794 | -74.05 | 73,066.90 |
| 01/05 | Card Purchase        01/04 Amzn Mktp US*Kh4Gq4U Amzn.Com/Bill WA Card 4706 | -211.99 | 72,854.91 |



**CHASE PRIVATE CLIENT**

December 30, 2023 through January 31, 2024

Account Number: 0385

# TRANSACTION DETAIL   (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 01/05 | Card Purchase | 01/05 Amazon.Com*Tk6A18T42 Amzn.Com/Bill WA Card 4706 | -31.79 | 72,823.12 |
| 01/05 | Recurring Card Purchase 01/05 Verizon*Recurring Pay 800-Verizon FL Card 4706 | | -264.53 | 72,558.59 |
| 01/08 | Card Purchase Return | 01/05 The Home Depot 2557 Annapolis MD Card 4706 | 2.86 | 72,561.45 |
| 01/08 | Card Purchase | 01/05 Fuji Sushi And Hibachi Edgewater MD Card 4706 | -23.20 | 72,538.25 |
| 01/08 | Card Purchase | 01/05 Vape Loft Edgewater MD Card 4706 | -119.85 | 72,418.40 |
| 01/08 | Card Purchase With Pin | 01/07 Safeway 2629 Annapolis MD Card 4706 | -55.04 | 72,363.36 |
| 01/11 | Card Purchase | 01/09 DC137 - Lombard Garage Baltimore MD Card 4706 | -32.00 | 72,331.36 |
| 01/12 | Card Purchase | 01/11 Samsclub #6357 Annapolis MD Card 4706 | -33.50 | 72,297.86 |
| 01/12 | Card Purchase With Pin | 01/12 H Mart Ellicott Ellicott Cit MD Card 4706 | -211.22 | 72,086.64 |
| 01/16 | Card Purchase | 01/12 Kent Island Crab CO Pasadena MD Card 4706 | -76.27 | 72,010.37 |
| 01/16 | Card Purchase | 01/13 Mark G Chalpin Esq Att 301-9904900 MD Card 4706 | -2,500.00 | 69,510.37 |
| 01/16 | Card Purchase | 01/15 Amzn Mktp US*Rt1589S Amzn.Com/Bill WA Card 4706 | -42.39 | 69,467.98 |
| 01/16 | Card Purchase | 01/15 Amzn Mktp US*Rt10C5D Amzn.Com/Bill WA Card 4706 | -76.30 | 69,391.68 |
| 01/16 | Card Purchase | 01/15 Amazon.Com*Rt25M0871 Amzn.Com/Bill WA Card 4706 | -45.11 | 69,346.57 |
| 01/16 | Card Purchase | 01/16 Amzn Mktp US*Rt1Pw4U Amzn.Com/Bill WA Card 4706 | -38.08 | 69,308.49 |
| 01/16 | Card Purchase | 01/15 Amzn Mktp US*Rt0As17 Amzn.Com/Bill WA Card 4706 | -38.15 | 69,270.34 |
| 01/16 | Card Purchase | 01/15 Amzn Mktp US*R82Il4X Amzn.Com/Bill WA Card 4706 | -24.12 | 69,246.22 |
| 01/16 | Card Purchase | 01/15 Sams Scan-N-Go Annapolis MD Card 4706 | -57.33 | 69,188.89 |
| 01/16 | Venmo   Recovery   1031932166049   Web ID: 9264681992 | | -20.00 | 69,168.89 |
| 01/17 | ATM Surcharge Refund | 01/17 2061 Generals Highway Annapolis MD Card 4706 | 3.00 | 69,171.89 |
| 01/17 | Recurring Card Purchase 01/17 Apple.Com/Bill 866-712-7753 CA Card 4706 | | -10.59 | 69,161.30 |
| 01/17 | Card Purchase With Pin | 01/17 Grauls Market Annapolis MD Card 4706 | -7.29 | 69,154.01 |
| 01/17 | Card Purchase With Pin | 01/17 Nex Fuel 050460 Annapolis MD Card 4706 | -15.24 | 69,138.77 |
| 01/17 | Card Purchase W/Cash | 01/17 Annapolis Commis 321 K Annapolis MD Card 4706<br>Purchase $96.07 Cash Back $25.00 | -121.07 | 69,017.70 |
| 01/17 | Non-Chase ATM Withdraw 01/17 2061 Generals Highway Annapolis MD Card 4706 | | -203.00 | 68,814.70 |
| 01/18 | Card Purchase | 01/17 Fedex Offic18300018325 Annapolis MD Card 4706 | -32.07 | 68,782.63 |
| 01/18 | Quarterly Fee   Payment   6Pnfcf1So21   Web ID: 1501000502 | | -250.00 | 68,532.63 |
| 01/18 | Zelle Payment To Frank  Giarratano Jpm99A84Cwun | | -600.00 | 67,932.63 |
| 01/18 | Card Purchase With Pin | 01/18 Cvs/Pharmacy #02 02775 Annapolis MD Card 4706 | -17.18 | 67,915.45 |
| 01/19 | Card Purchase | 01/18 Annapolis Commissary Annapolis MD Card 4706 | -414.56 | 67,500.89 |
| 01/19 | Recurring Card Purchase 01/19 Apple.Com/Bill 866-712-7753 CA Card 4706 | | -2.99 | 67,497.90 |
| 01/22 | ATM Surcharge Refund | 01/22 2116 18th Street, Nw Washington DC Card 4706 | 3.50 | 67,501.40 |
| 01/22 | Card Purchase | 01/18 Homedepot.Com 800-430-3376 GA Card 4706 | -181.24 | 67,320.16 |
| 01/22 | Card Purchase | 01/19 Amazon.Com*R831H3172 Amzn.Com/Bill WA Card 4706 | -36.95 | 67,283.21 |



**CHASE PRIVATE CLIENT**

December 30, 2023 through January 31, 2024

Account Number: ████████0385

# TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 01/22 | Card Purchase          01/21 Amazon.Com*R04V703S0 Amzn.Com/Bill WA Card 4706 | -69.93 | 67,213.28 |
| 01/22 | Recurring Card Purchase 01/20 Tidal 844-878-4325 844-8784325 FL Card 4706 | -12.71 | 67,200.57 |
| 01/22 | Card Purchase          01/21 Amzn Mktp US*R079E9E Amzn.Com/Bill WA Card 4706 | -131.58 | 67,068.99 |
| 01/22 | Card Purchase With Pin  01/21 Taj Mahal Indo-Pak Gambrills MD Card 4706 | -40.44 | 67,028.55 |
| 01/22 | Zelle Payment To Sandra Gallagos Jpm99A8B83G9 | -200.00 | 66,828.55 |
| 01/22 | Non-Chase ATM Withdraw  01/22 2116 18th Street, Nw Washington DC Card 4706 | -123.50 | 66,705.05 |
| 01/23 | 01/04 Constellation Home CR | 46.01 | 66,751.06 |
| 01/23 | Card Purchase          01/21 Homedepot.Com 800-430-3376 GA Card 4706 | -100.45 | 66,650.61 |
| 01/23 | Card Purchase          01/22 DC Park*Meter Multi 202-673-6813 DC Card 4706 | -1.84 | 66,648.77 |
| 01/23 | Card Purchase          01/22 Sq *Happiness IV Washington DC Card 4706 | -530.00 | 66,118.77 |
| 01/23 | Card Purchase          01/23 Parkmobile 770-818-9036 DC Card 4706 | -0.85 | 66,117.92 |
| 01/23 | Card Purchase          01/22 Hana Japanese Market Washington DC Card 4706 | -24.60 | 66,093.32 |
| 01/23 | Card Purchase          01/22 Samsclub #6357 Annapolis MD Card 4706 | -19.58 | 66,073.74 |
| 01/23 | Card Purchase With Pin  01/23 Safeway 2629 Annapolis MD Card 4706 | -35.50 | 66,038.24 |
| 01/23 | Card Purchase With Pin  01/24 Nnt Msft *<E0300Qr0430 Msbill.Info WA Card 4706 | -23.00 | 66,015.24 |
| 01/24 | Card Purchase          01/23 Mva Eservices 410-7687299 MD Card 4706 | -187.00 | 65,828.24 |
| 01/24 | Card Purchase          01/23 Mva Eservices 410-7687299 MD Card 4706 | -51.00 | 65,777.24 |
| 01/24 | Card Purchase          01/24 Apple.Com/Bill 866-712-7753 CA Card 4706 | -3.17 | 65,774.07 |
| 01/25 | Card Purchase          01/23 The Home Depot #2557 Annapolis MD Card 4706 | -5.89 | 65,768.18 |
| 01/25 | Card Purchase          01/25 Vivint Inc/US 800-216-5232 UT Card 4706 | -39.33 | 65,728.85 |
| 01/25 | Card Purchase          01/24 Veterans Canteen #512 Baltimore MD Card 4706 | -7.00 | 65,721.85 |
| 01/25 | Card Purchase With Pin  01/25 Nex Fuel 050460 Annapolis MD Card 4706 | -11.27 | 65,710.58 |
| 01/25 | Card Purchase With Pin  01/25 Annapolis Commis 321 K Annapolis MD Card 4706 | -20.65 | 65,689.93 |
| 01/26 | Card Purchase          01/25 Amzn Mktp US*R07160F Amzn.Com/Bill WA Card 4706 | -75.43 | 65,614.50 |
| 01/26 | Recurring Card Purchase 01/25 Vetrewards Annual Httpswww.Vete TX Card 4706 | -64.90 | 65,549.60 |
| 01/29 | Card Purchase          01/25 Annapolis Car 11540804 Annapolis MD Card 4706 | -9.00 | 65,540.60 |
| 01/29 | Recurring Card Purchase 01/28 Apple.Com/Bill 866-712-7753 CA Card 4706 | -26.49 | 65,514.11 |
| 01/30 | Card Purchase Return    01/30 Sq *Happiness IV Washington DC Card 4706 | 100.00 | 65,614.11 |
| 01/30 | Baltimore Gas An Billpay             PPD ID: 0000000160 | -359.00 | 65,255.11 |
| 01/31 | ATM Surcharge Refund    01/31 2061 Generals Highway Annapolis MD Card 4706 | 3.00 | 65,258.11 |
| 01/31 | Card Purchase          01/31 Amzn Mktp US*R25R20H Amzn.Com/Bill WA Card 4706 | -22.49 | 65,235.62 |
| 01/31 | Card Purchase          01/31 Amzn Mktp US*R26IA1L Amzn.Com/Bill WA Card 4706 | -19.79 | 65,215.83 |
| 01/31 | Recurring Card Purchase 01/31 Netflix.Com 408-5403700 CA Card 4706 | -24.37 | 65,191.46 |
| 01/31 | Non-Chase ATM Withdraw  01/31 2061 Generals Highway Annapolis MD Card 4706 | -103.00 | 65,088.46 |
| 01/31 | Interest Payment | 0.62 | 65,089.08 |
| | **Ending Balance** | | **$65,089.08** |



**CHASE PRIVATE CLIENT**

December 30, 2023 through January 31, 2024

Account Number: 0385

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**