

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2024 through February 29, 2024

Account Number: 0385

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00140804 DRE 001 212 06124 NNNNNNNNNNN   1 000000000 65 0000
BETH HENSON
DEBTOR IN POSSESSION CASE NO. 23-12719
298 ASTON FOREST LN
CROWNSVILLE MD 21032-1606



## CHECKING SUMMARY    Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $65,089.08 |
| Deposits and Additions | 2,048.32 |
| ATM & Debit Card Withdrawals | -3,306.69 |
| Electronic Withdrawals | -1,713.42 |
| **Ending Balance** | **$62,117.29** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.50 |
| Interest Paid Year-to-Date | $1.12 |

Interest paid in 2023 for account 0385 was $5.62.

Good news!  Your Chase Private Client Checking Monthly Service Fee was waived because you kept an average beginning day balance of $150,000 or more in qualifying linked deposits and investments during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $65,089.08 |
| 02/01 | Vacp Treas 310    Xxva Benef          PPD ID: 9111036002 | 1,995.01 | 67,084.09 |
| 02/01 | Card Purchase          01/31 FT Meade Commissary Fort Meade MD Card 4706 | -156.66 | 66,927.43 |
| 02/01 | Recurring Card Purchase 02/01 Fios On Demand 800-837-4966 FL Card 4706 | -3.33 | 66,924.10 |
| 02/02 | Ltcp Fltcip      Ins Prem         PPD ID: 7273728941 | -183.65 | 66,740.45 |
| 02/02 | Card Purchase With Pin  02/02 Costco Whse #0325 Hanover MD Card 4706 | -157.78 | 66,582.67 |
| 02/02 | Card Purchase With Pin  02/02 H Mart Ellicott Ellicott Cit MD Card 4706 | -210.46 | 66,372.21 |
| 02/02 | Usaa P&C       Autopay    13877983      Web ID: Usaa-Pcbp | -386.90 | 65,985.31 |
| 02/05 | Card Purchase With Pin  02/04 Shell Service Station Warrenton VA Card 4706 | -20.02 | 65,965.29 |
| 02/05 | Recurring Card Purchase 02/05 Verizon*Recurring Pay 800-Verizon FL Card 4706 | -271.20 | 65,694.09 |
| 02/06 | Card Purchase          02/05 Seat Engine LLC 888-7328364 PA Card 4706 | -39.25 | 65,654.84 |
| 02/06 | Verizon Wireless Payments        PPD ID: 1223344794 | -74.06 | 65,580.78 |
| 02/07 | Card Purchase          02/07 The Red Boat Baltimore MD Card 4706 | -28.59 | 65,552.19 |



**CHASE PRIVATE CLIENT**

February 01, 2024 through February 29, 2024

Account Number: 0385

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 02/08 | Card Purchase             | 02/06 Pabc-Single Space Mete Baltimore MD Card 4706 | -6.25 | 65,545.94 |
| 02/08 | Card Purchase             | 02/07 Tobacco Hut And Vape Annapolis MD Card 4706 | -31.76 | 65,514.18 |
| 02/08 | Venmo          Payment     1032393036694   Web ID: 3264681992 | | -10.00 | 65,504.18 |
| 02/08 | Zelle Payment To Debbie Blair Cpa Jpm99A95Lqhx | | -460.00 | 65,044.18 |
| 02/09 | Card Purchase             | 02/08 Generac Power Systems 888-436-3722 WI Card 4706 | -52.99 | 64,991.19 |
| 02/09 | Card Purchase With Pin  02/09 Shell Service Station Crownsville MD Card 4706 | | -16.20 | 64,974.99 |
| 02/12 | Card Purchase             | 02/09 Dessange Salons Inc Chevy Chase MD Card 4706 | -72.00 | 64,902.99 |
| 02/12 | Card Purchase             | 02/09 Colpark Loc 628 Chevy Chase MD Card 4706 | -9.00 | 64,893.99 |
| 02/12 | Recurring Card Purchase 02/11 Google *Google Storag 855-836-3987 CA Card 4706 | | -31.79 | 64,862.20 |
| 02/12 | Card Purchase             | 02/11 Aafes FT Meade Shop Gas FT Meade MD Card 4706 | -36.25 | 64,825.95 |
| 02/12 | Card Purchase With Pin  02/11 Meade Express Annex Fort Meade MD Card 4706 | | -8.58 | 64,817.37 |
| 02/12 | Card Purchase With Pin  02/11 Aafes New Meade Main S FT Meade MD Card 4706 | | -93.41 | 64,723.96 |
| 02/12 | Card Purchase With Pin  02/11 FT Meade Commiss 2786 Fort Meade MD Card 4706 | | -171.22 | 64,552.74 |
| 02/12 | Venmo          Payment     1032472177235   Web ID: 3264681992 | | -28.91 | 64,523.83 |
| 02/12 | Venmo          Payment     1032472527365   Web ID: 3264681992 | | -10.90 | 64,512.93 |
| 02/12 | Card Purchase With Pin  02/12 Instacart San Francisco CA Card 4706 | | -29.59 | 64,483.34 |
| 02/13 | Card Purchase             | 02/11 Dover AFB Carwash, LLC Fort Meade MD Card 4706 | -6.00 | 64,477.34 |
| 02/13 | Card Purchase With Pin  02/13 Costco Whse #0325 Hanover MD Card 4706 | | -14.79 | 64,462.55 |
| 02/13 | Card Purchase With Pin  02/13 Costco Whse #0325 Hanover MD Card 4706 | | -79.92 | 64,382.63 |
| 02/13 | Card Purchase With Pin  02/13 1304 Arundel Mills Hanover MD Card 4706 | | -16.94 | 64,365.69 |
| 02/15 | Card Purchase With Pin  02/15 Instacart San Francisco CA Card 4706 | | -50.13 | 64,315.56 |
| 02/16 | Zelle Payment To Sandra Gallagos Jpm99A9Jwu6A | | -200.00 | 64,115.56 |
| 02/20 | Card Purchase             | 02/17 Breville USA, Inc Torrance CA Card 4706 | -58.25 | 64,057.31 |
| 02/20 | Recurring Card Purchase 02/17 Apple.Com/Bill 866-712-7753 CA Card 4706 | | -10.59 | 64,046.72 |
| 02/20 | Recurring Card Purchase 02/20 Apple.Com/Bill 866-712-7753 CA Card 4706 | | -2.99 | 64,043.73 |
| 02/20 | Card Purchase             | 02/19 Annearundelco-UTIL 410-222-1144 MD Card 4706 | -261.28 | 63,782.45 |
| 02/20 | Recurring Card Purchase 02/19 Tidal 844-878-4325 844-8784325 FL Card 4706 | | -12.71 | 63,769.74 |
| 02/20 | Card Purchase             | 02/19 Tobacco Hut And Vape Annapolis MD Card 4706 | -46.60 | 63,723.14 |
| 02/20 | Card Purchase             | 02/20 Apple.Com/Bill 866-712-7753 CA Card 4706 | -7.40 | 63,715.74 |
| 02/20 | Card Purchase With Pin  02/19 Nntcsalesaudit@Tota172 Laurel MD Card 4706 | | -81.56 | 63,634.18 |
| 02/20 | Card Purchase With Pin  02/20 Petsmart # 0359 Annapolis MD Card 4706 | | -227.88 | 63,406.30 |
| 02/20 | Card Purchase With Pin  02/20 Safeway 2629 Annapolis MD Card 4706 | | -78.06 | 63,328.24 |
| 02/21 | Card Purchase             | 02/20 Bella Lifestyle Nail Sa Annapolis MD Card 4706 | -69.01 | 63,259.23 |
| 02/21 | Card Purchase             | 02/21 Amzn Mktp US*Rw3Yz6N Amzn.Com/Bill WA Card 4706 | -29.38 | 63,229.85 |
| 02/22 | Card Purchase Return     02/21 Petsmart # 0359 Annapolis MD Card 4706 | | **35.00** | 63,264.85 |
| 02/22 | Card Purchase             | 02/21 Croppmetcalfe 703-6988855 VA Card 4706 | -207.00 | 63,057.85 |
| 02/22 | Card Purchase             | 02/21 Sams Club #6357 Annapolis MD Card 4706 | -22.49 | 63,035.36 |
| 02/23 | Card Purchase Return     02/23 Microsoft*365 Msbill.Info WA Card 4706 | | **17.81** | 63,053.17 |



**CHASE PRIVATE CLIENT**

February 01, 2024 through February 29, 2024

Account Number: 0385

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 02/23 | Card Purchase | 02/21 Chick-Fil-A #03540 Annapolis MD Card 4706 | -8.16 | 63,045.01 |
| 02/26 | Card Purchase | 02/26 Garrett Brands LLC Chicago IL Card 4706 | -42.95 | 63,002.06 |
| 02/26 | Card Purchase | 02/23 Pabc-Single Space Mete Baltimore MD Card 4706 | -2.00 | 63,000.06 |
| 02/26 | Card Purchase | 02/23 Tst* Ekiben Fells Point Baltimore MD Card 4706 | -44.74 | 62,955.32 |
| 02/26 | Card Purchase | 02/23 Vaccaros Italian Pastry Baltimore MD Card 4706 | -16.12 | 62,939.20 |
| 02/26 | Card Purchase | 02/25 Tst* Red Hot & Blue B 410-626-7427 MD Card 4706 | -26.61 | 62,912.59 |
| 02/26 | Card Purchase | 02/25 Amzn Mktp US*Rz6Hh8V Amzn.Com/Bill WA Card 4706 | -22.54 | 62,890.05 |
| 02/27 | Card Purchase | 02/27 Vivint Inc/US 800-216-5232 UT Card 4706 | -39.33 | 62,850.72 |
| 02/27 | Baltimore Gas An Billpay          PPD ID: 0000000160 | | -359.00 | 62,491.72 |
| 02/27 | Card Purchase With Pin  02/27 Navy Exchange 050460 Annapolis MD Card 4706 | | -16.27 | 62,475.45 |
| 02/27 | Card Purchase With Pin  02/27 Navy Exchange 050460 Annapolis MD Card 4706 | | -2.59 | 62,472.86 |
| 02/27 | Card Purchase With Pin  02/27 Annapolis Commis 321 K Annapolis MD Card 4706 | | -152.07 | 62,320.79 |
| 02/27 | Card Purchase With Pin  02/27 Nex Fuel 050460 Annapolis MD Card 4706 | | -22.73 | 62,298.06 |
| 02/28 | Card Purchase | 02/27 Subway 19473 Annapolis MD Card 4706 | -7.77 | 62,290.29 |
| 02/28 | Recurring Card Purchase 02/28 Apple.Com/Bill 866-712-7753 CA Card 4706 | | -26.49 | 62,263.80 |
| 02/29 | Card Purchase | 02/27 08162 Planet Fitness Severna Park MD Card 4706 | -0.29 | 62,263.51 |
| 02/29 | Card Purchase | 02/28 Py *Kuya Jas Lechon Bel Kensington MD Card 4706 | -109.12 | 62,154.39 |
| 02/29 | Card Purchase | 02/29 Amzn Mktp US*Rz2We81 Amzn.Com/Bill WA Card 4706 | -17.99 | 62,136.40 |
| 02/29 | Card Purchase With Pin  02/29 177 Liquors Pasadena MD Card 4706 | | -19.61 | 62,116.79 |
| 02/29 | Interest Payment | | 0.50 | 62,117.29 |
| | **Ending Balance** | | | **$62,117.29** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE PRIVATE CLIENT

February 01, 2024 through February 29, 2024

Account Number: 0385

This Page Intentionally Left Blank