**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2024 through March 29, 2024

Account Number: 0385

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00141876 DRE 001 212 09024 NNNNNNNNNNN   1 000000000 65 0000
BETH HENSON
DEBTOR IN POSSESSION CASE NO. 23-12719
298 ASTON FOREST LN
CROWNSVILLE MD 21032-1606



### Good news – we've eliminated the Non-Chase ATM Fee for balance inquiries and transfers

As of December 10, 2023, we stopped charging the $3 Non-Chase ATM Fee for each balance inquiry or transfer you make at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM (waived for eligible accounts) and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1] For Chase Sapphire[SM] Checking, Chase Private Client Checking [SM] and Chase Private Client Savings [SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## CHECKING SUMMARY   Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $62,117.29 |
| Deposits and Additions | 2,026.03 |
| ATM & Debit Card Withdrawals | -4,196.08 |
| Electronic Withdrawals | -659.58 |
| Ending Balance | $59,287.66 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.48 |
| Interest Paid Year-to-Date | $1.60 |

Interest paid in 2023 for account 0385 was $5.62.

Good news! Your Chase Private Client Checking Monthly Service Fee was waived because you kept an average beginning day balance of $150,000 or more in qualifying linked deposits and investments during the statement period.



**CHASE PRIVATE CLIENT**

March 01, 2024 through March 29, 2024

Account Number: ███████0385

# TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $62,117.29 |
| 03/01 | ATM Surcharge Refund     03/01 2061 Generals Highway Annapolis MD Card 4706 | 3.00 | 62,120.29 |
| 03/01 | Vacp Treas 310    Xxva Benef         PPD ID: 9111036002 | 1,995.01 | 64,115.30 |
| 03/01 | Card Purchase         03/01 Amzn Mktp US*Rn0Yt6J Amzn.Com/Bill WA Card 4706 | -19.79 | 64,095.51 |
| 03/01 | Recurring Card Purchase 02/29 Netflix.Com Netflix.Com CA Card 4706 | -24.37 | 64,071.14 |
| 03/01 | Card Purchase         02/29 Kent Island Crab CO Pasadena MD Card 4706 | -144.60 | 63,926.54 |
| 03/01 | Non-Chase ATM Withdraw  03/01 2061 Generals Highway Annapolis MD Card 4706 | -203.00 | 63,723.54 |
| 03/01 | Card Purchase         02/29 Garman Brothers, Inc Crownsville MD Card 4706 | -318.00 | 63,405.54 |
| 03/04 | Card Purchase         03/03 Amzn Mktp US*Rz4Hc8A Amzn.Com/Bill WA Card 4706 | -8.47 | 63,397.07 |
| 03/04 | Card Purchase With Pin  03/02 Nex Fuel 050460 Annapolis MD Card 4706 | -23.00 | 63,374.07 |
| 03/04 | Card Purchase With Pin  03/04 Yerevandc LLC Washington DC Card 4706 | -12.01 | 63,362.06 |
| 03/04 | Ltcp Fltcip      Ins Prem          PPD ID: 7273728941 | -183.65 | 63,178.41 |
| 03/04 | Usaa P&C        Autopay   13877983       Web ID: Usaa-Pcbp | -386.87 | 62,791.54 |
| 03/05 | Card Purchase         03/04 DC Park*Meter Single 202-673-6813 DC Card 4706 | -4.00 | 62,787.54 |
| 03/05 | Card Purchase         03/04 Sq *Happiness IV Washington DC Card 4706 | -100.00 | 62,687.54 |
| 03/05 | Card Purchase         03/04 Tst* Soko Takoma Park MD Card 4706 | -14.52 | 62,673.02 |
| 03/05 | Card Purchase         03/05 Parkmobile 770-818-9036 MD Card 4706 | -1.05 | 62,671.97 |
| 03/05 | Verizon Wireless Payments         PPD ID: 1223344794 | -74.06 | 62,597.91 |
| 03/05 | Recurring Card Purchase 03/05 Verizon*Recurring Pay 800-Verizon FL Card 4706 | -268.97 | 62,328.94 |
| 03/05 | Card Purchase With Pin  03/05 Navy Exchange 050460 Annapolis MD Card 4706 | -10.99 | 62,317.95 |
| 03/05 | Card Purchase With Pin  03/05 Nex Fuel 050460 Annapolis MD Card 4706 | -15.38 | 62,302.57 |
| 03/06 | Card Purchase         03/05 Smoke Shack Annapolis MD Card 4706 | -53.00 | 62,249.57 |
| 03/06 | Recurring Card Purchase 03/06 Ic* Instacart*Subscr Httpsinstacar CA Card 4706 | -99.00 | 62,150.57 |
| 03/06 | Recurring Card Purchase 03/06 Fios On Demand 800-837-4966 FL Card 4706 | -3.33 | 62,147.24 |
| 03/07 | Card Purchase With Pin  03/07 Crownsville Aut Crownsville MD Card 4706 | -147.21 | 62,000.03 |
| 03/07 | Card Purchase With Pin  03/07 Nex Fuel 050460 Annapolis MD Card 4706 | -19.34 | 61,980.69 |
| 03/08 | Card Purchase         03/07 Annapolis Commissary Annapolis MD Card 4706 | -35.30 | 61,945.39 |
| 03/08 | Card Purchase With Pin  03/08 Costco Whse #0325 Hanover MD Card 4706 | -58.57 | 61,886.82 |
| 03/08 | Card Purchase With Pin  03/08 Total Wine And Laurel MD Card 4706 | -89.68 | 61,797.14 |
| 03/11 | Card Purchase         03/08 Chick-Fil-A #00782 Laurel MD Card 4706 | -10.58 | 61,786.56 |
| 03/11 | Card Purchase With Pin  03/09 Indus Food Asian Gro Silver Spring MD Card 4706 | -26.05 | 61,760.51 |
| 03/11 | Card Purchase         03/10 Blackwall Hitch Annapo 410-2633454 MD Card 4706 | -108.85 | 61,651.66 |
| 03/11 | Card Purchase With Pin  03/11 H Mart Ellicott Ellicott Cit MD Card 4706 | -182.60 | 61,469.06 |
| 03/12 | Card Purchase         03/11 Aafes FT Meade Shop Gas FT Meade MD Card 4706 | -30.33 | 61,438.73 |
| 03/12 | Card Purchase         03/11 FT Meade Commissary Fort Meade MD Card 4706 | -72.12 | 61,366.61 |
| 03/12 | Card Purchase With Pin  03/12 Costco Whse #0325 Hanover MD Card 4706 | -28.98 | 61,337.63 |
| 03/14 | Card Purchase         03/12 Bills Music House Baltimore MD Card 4706 | -259.42 | 61,078.21 |
| 03/14 | Card Purchase         03/13 Siteone Landscape Supp 410-9231486 MD Card 4706 | -114.51 | 60,963.70 |



**CHASE PRIVATE CLIENT**

March 01, 2024 through March 29, 2024

Account Number:  0385

# TRANSACTION DETAIL   *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 03/15 | Card Purchase         03/14 Pp*Ew Guitar Glen Burnie MD Card 4706 | -90.00 | 60,873.70 |
| 03/18 | Card Purchase         03/15 Mcdonald's M7134 of MD Annapolis MD Card 4706 | -3.70 | 60,870.00 |
| 03/18 | Venmo         Payment     1033157278933   Web ID: 3264681992 | -15.00 | 60,855.00 |
| 03/18 | Card Purchase With Pin  03/16 Guitar Center #830 Glen Burnie MD Card 4706 | -212.00 | 60,643.00 |
| 03/18 | Recurring Card Purchase 03/17 Apple.Com/Bill 866-712-7753 CA Card 4706 | -10.59 | 60,632.41 |
| 03/18 | Card Purchase         03/17 Constellation Home 888-243-4663 MD Card 4706 | -71.95 | 60,560.46 |
| 03/18 | Card Purchase With Pin  03/18 The Home Depot #2564 Hyattsville MD Card 4706 | -9.99 | 60,550.47 |
| 03/18 | Card Purchase With Pin  03/18 Usps PO 23233005 1296 Crofton MD Card 4706 | -8.73 | 60,541.74 |
| 03/18 | Card Purchase With Pin  03/18 Taj Mahal Indo-Pak Gambrills MD Card 4706 | -17.98 | 60,523.76 |
| 03/18 | Card Purchase With Pin  03/18 Wawa 595 Gambrills MD Card 4706 | -28.33 | 60,495.43 |
| 03/19 | ATM Surcharge Refund     03/19 2061 Generals Highway Annapolis MD Card 4706 | 3.00 | 60,498.43 |
| 03/19 | Card Purchase         03/18 Takoma Park Animal Cli Takoma Park MD Card 4706 | -282.00 | 60,216.43 |
| 03/19 | Card Purchase         03/19 Lowes #00907* 866-483-7521 NC Card 4706 | -26.70 | 60,189.73 |
| 03/19 | Non-Chase ATM Withdraw  03/19 2061 Generals Highway Annapolis MD Card 4706 | -203.00 | 59,986.73 |
| 03/20 | 36   Treas 310     Misc Pay         PPD ID: 9101036151 | 10.77 | 59,997.50 |
| 03/20 | Card Purchase         03/18 The Home Depot #2557 Annapolis MD Card 4706 | -18.86 | 59,978.64 |
| 03/20 | Recurring Card Purchase 03/19 Apple.Com/Bill 866-712-7753 CA Card 4706 | -2.99 | 59,975.65 |
| 03/20 | Card Purchase         03/19 Tobacco Hut And Vape Annapolis MD Card 4706 | -46.60 | 59,929.05 |
| 03/20 | Card Purchase With Pin  03/20 The Home Depot #2557 Annapolis MD Card 4706 | -106.59 | 59,822.46 |
| 03/21 | Card Purchase         03/14 Dining Venues At Um College Park MD Card 4706 | -3.59 | 59,818.87 |
| 03/21 | Card Purchase         03/19 Homedepot.Com 800-430-3376 GA Card 4706 | -6.68 | 59,812.19 |
| 03/21 | Card Purchase         03/20 Garrett Park Guitars Annapolis MD Card 4706 | -19.08 | 59,793.11 |
| 03/21 | Card Purchase         03/20 Sams Club #6357 Annapolis MD Card 4706 | -25.75 | 59,767.36 |
| 03/21 | Card Purchase         03/20 Sams Scan-N-Go Annapolis MD Card 4706 | -2.62 | 59,764.74 |
| 03/21 | Recurring Card Purchase 03/20 Tidal 844-878-4325 844-8784325 FL Card 4706 | -12.71 | 59,752.03 |
| 03/22 | Card Purchase         03/22 Ic* Instacart 888-2467822 CA Card 4706 | -63.77 | 59,688.26 |
| 03/25 | Card Purchase         03/22 Amazon.Com*Ra1Uo4Ti0 Amzn.Com/Bill WA Card 4706 | -35.91 | 59,652.35 |
| 03/25 | Card Purchase         03/25 Ic* Instacart 888-2467822 CA Card 4706 | -56.99 | 59,595.36 |
| 03/26 | Card Purchase         03/25 Vivint Inc/US 801-705-6253 UT Card 4706 | -39.33 | 59,556.03 |
| 03/27 | ATM Surcharge Refund     03/27 2061 Generals Highway Annapolis MD Card 4706 | 3.00 | 59,559.03 |
| 03/27 | 36   Treas 310     Misc Pay         PPD ID: 9101036151 | 10.77 | 59,569.80 |
| 03/27 | Card Purchase         03/25 Pabc-Single Space Mete Baltimore MD Card 4706 | -6.00 | 59,563.80 |
| 03/27 | Non-Chase ATM Withdraw  03/27 2061 Generals Highway Annapolis MD Card 4706 | -203.00 | 59,360.80 |
| 03/28 | Card Purchase         03/27 Samsclub #6357 Annapolis MD Card 4706 | -23.79 | 59,337.01 |





**CHASE PRIVATE CLIENT**

March 01, 2024 through March 29, 2024

Account Number: ████████0385

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| 03/28 | Card Purchase          03/27 Sams Scan-N-Go Annapolis MD Card 4706 | -23.34 | 59,313.67 |
| 03/28 | Recurring Card Purchase 03/28 Apple.Com/Bill 866-712-7753 CA Card 4706 | -26.49 | 59,287.18 |
| 03/29 | Interest Payment | 0.48 | 59,287.66 |
| | **Ending Balance** | | **$59,287.66** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**