

CHASE PRIVATE CLIENT

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2024 through April 30, 2024

Account Number: ████████0385

00146563 DRE 001 212 12224 NNNNNNNNNNN    1 000000000 65 0000
BETH HENSON
DEBTOR IN POSSESSION CASE NO. 23-12719
298 ASTON FOREST LN
CROWNSVILLE MD 21032-1606

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY

Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $59,287.66 |
| Deposits and Additions | 2,089.84 |
| ATM & Debit Card Withdrawals | -3,693.96 |
| Electronic Withdrawals | -1,388.53 |
| **Ending Balance** | **$56,295.01** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.50 |
| Interest Paid Year-to-Date | $2.10 |

Good news!  Your Chase Private Client Checking Monthly Service Fee was waived because you kept an average beginning day balance of $150,000 or more in qualifying linked deposits and investments during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $59,287.66 |
| 04/01 | Vacp Treas 310    Xxva Benef         PPD ID: 9111036002 | 1,995.01 | 61,282.67 |
| 04/01 | Card Purchase         03/29 Ic* Costco By Instacar 888-2467822 CA Card 4706 | -37.35 | 61,245.32 |
| 04/01 | Card Purchase         03/31 Amzn Mktp US*Ra3OR7G Amzn.Com/Bill WA Card 4706 | -19.79 | 61,225.53 |
| 04/01 | Card Purchase         03/31 Amzn Mktp US*Ra31U6G Amzn.Com/Bill WA Card 4706 | -19.79 | 61,205.74 |
| 04/01 | Card Purchase With Pin  03/30 H Mart Ellicott Ellicott Cit MD Card 4706 | -250.02 | 60,955.72 |
| 04/01 | Recurring Card Purchase 03/31 Netflix.Com Netflix.Com CA Card 4706 | -24.37 | 60,931.35 |
| 04/02 | ATM Surcharge Refund    04/02 2061 Generals Highway Annapolis MD Card 4706 | 3.00 | 60,934.35 |
| 04/02 | Baltimore Gas An Billpay          PPD ID: 0000000160 | -359.00 | 60,575.35 |
| 04/02 | Ltcp Fltcip       Ins Prem         PPD ID: 7273728941 | -183.65 | 60,391.70 |
| 04/02 | Non-Chase ATM Withdraw  04/02 2061 Generals Highway Annapolis MD Card 4706 | -103.00 | 60,288.70 |
| 04/02 | Card Purchase With Pin  04/02 Navy Exchange 050460 Annapolis MD Card 4706 | -40.93 | 60,247.77 |
| 04/02 | Usaa P&C       Autopay     13877983       Web ID: Usaa-Pcbp | -407.77 | 59,840.00 |

**CHASE PRIVATE CLIENT**

March 30, 2024 through April 30, 2024

Account Number: 0385

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 04/04 | Card Purchase | 04/03 Mark G Chalpin Esq Att 301-9904900 MD Card 4706 | -148.00 | 59,692.00 |
| 04/04 | Card Purchase | 04/03 Tobacco Hut And Vape Annapolis MD Card 4706 | -69.93 | 59,622.07 |
| 04/04 | Card Purchase | 04/03 Samsclub #6357 Annapolis MD Card 4706 | -24.99 | 59,597.08 |
| 04/04 | Verizon Wireless Payments | PPD ID: 1223344794 | -79.11 | 59,517.97 |
| 04/04 | Card Purchase With Pin | 04/04 Costco Whse #0325 Hanover MD Card 4706 | -14.79 | 59,503.18 |
| 04/05 | Card Purchase | 04/04 Kent Island Crab CO Pasadena MD Card 4706 | -103.50 | 59,399.68 |
| 04/05 | Recurring Card Purchase | 04/05 Verizon*Recurring Pay 800-Verizon FL Card 4706 | -264.53 | 59,135.15 |
| 04/05 | Card Purchase With Pin | 04/05 Barnes & Noble 10300 L Columbia MD Card 4706 | -6.80 | 59,128.35 |
| 04/08 | ATM Surcharge Refund | 04/07 2061 Generals Highway Annapolis MD Card 4706 | 3.00 | 59,131.35 |
| 04/08 | Card Purchase | 04/04 Pabc-Single Space Mete Baltimore MD Card 4706 | -6.00 | 59,125.35 |
| 04/08 | Card Purchase | 04/06 Eb Deep Sugar Present 801-413-7200 CA Card 4706 | -23.18 | 59,102.17 |
| 04/08 | Card Purchase With Pin | 04/07 Nex Fuel 050460 Annapolis MD Card 4706 | -27.23 | 59,074.94 |
| 04/08 | Card Purchase With Pin | 04/07 Annapolis Commis 321 K Annapolis MD Card 4706 | -162.79 | 58,912.15 |
| 04/08 | Non-Chase ATM Withdraw | 04/07 2061 Generals Highway Annapolis MD Card 4706 | -103.00 | 58,809.15 |
| 04/08 | Card Purchase | 04/07 Sp Stopbox USA Httpsstopbox. WA Card 4706 | -180.53 | 58,628.62 |
| 04/09 | Card Purchase | 04/07 Navy Exchange 050460 Annapolis VA Card 4706 | -40.49 | 58,588.13 |
| 04/10 | 36 Treas 310 Misc Pay | PPD ID: 9101036151 | 10.77 | 58,598.90 |
| 04/10 | Card Purchase With Pin | 04/10 Costco Whse #0325 Hanover MD Card 4706 | -31.46 | 58,567.44 |
| 04/11 | Card Purchase | 04/11 Sp Mccormick Shop Httpsshop.Mcc IL Card 4706 | -18.01 | 58,549.43 |
| 04/11 | Card Purchase | 04/11 Amzn Mktp US*Ep87U3T Amzn.Com/Bill WA Card 4706 | -69.94 | 58,479.49 |
| 04/11 | Card Purchase | 04/11 Sq *Happiness IV Washington DC Card 4706 | -100.00 | 58,379.49 |
| 04/11 | Card Purchase | 04/11 Sq *Honeysmith Bees & Crownsville MD Card 4706 | -15.87 | 58,363.62 |
| 04/12 | Card Purchase Return | 04/10 The Home Depot #2557 Annapolis MD Card 4706 | 21.34 | 58,384.96 |
| 04/12 | Card Purchase | 04/10 Homedepot.Com 800-430-3376 GA Card 4706 | -30.41 | 58,354.55 |
| 04/12 | Card Purchase | 04/10 Homedepot.Com 800-430-3376 GA Card 4706 | -124.42 | 58,230.13 |
| 04/12 | Card Purchase | 04/10 The Home Depot #2557 Annapolis MD Card 4706 | -48.45 | 58,181.68 |
| 04/12 | Card Purchase | 04/12 Parkmobile-Montgomery 770-818-9036 GA Card 4706 | -0.82 | 58,180.86 |
| 04/12 | Card Purchase | 04/11 Dessange Salons Inc Chevy Chase MD Card 4706 | -60.00 | 58,120.86 |
| 04/12 | Card Purchase | 04/11 Pp*Ew Guitar Glen Burnie MD Card 4706 | -90.00 | 58,030.86 |
| 04/12 | Card Purchase With Pin | 04/12 The Home Depot #2557 Annapolis MD Card 4706 | -60.66 | 57,970.20 |
| 04/15 | Card Purchase | 04/12 The Home Depot #2557 Annapolis MD Card 4706 | -53.94 | 57,916.26 |
| 04/15 | Card Purchase | 04/12 Homedepot.Com 800-430-3376 GA Card 4706 | -61.24 | 57,855.02 |
| 04/15 | Card Purchase With Pin | 04/13 The Home Depot 2589 Annapolis MD Card 4706 | -13.45 | 57,841.57 |
| 04/15 | Card Purchase | 04/13 Tfk-Annapolis - IN-Sto 443-7755179 MD Card 4706 | -55.48 | 57,786.09 |
| 04/17 | Recurring Card Purchase | 04/17 Apple.Com/Bill 866-712-7753 CA Card 4706 | -10.59 | 57,775.50 |



**CHASE PRIVATE CLIENT**

March 30, 2024 through April 30, 2024

Account Number: 0385

# TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/18 | 36  Treas 310      Misc Pay         PPD ID: 9101036151 | 5.22 | 57,780.72 |
| 04/19 | Card Purchase With Pin  04/19 Nex Fuel 050460 Annapolis MD Card 4706 | -29.90 | 57,750.82 |
| 04/19 | Card Purchase With Pin  04/19 Navy Exchange 050460 Annapolis MD Card 4706 | -10.98 | 57,739.84 |
| 04/19 | Card Purchase With Pin  04/19 Annapolis Commis 321 K Annapolis MD Card 4706 | -117.55 | 57,622.29 |
| 04/22 | ATM Check Deposit       04/22 2307 Forest DR Annapolis MD Card 4706 | 45.78 | 57,668.07 |
| 04/22 | Recurring Card Purchase 04/19 Apple.Com/Bill 866-712-7753 CA Card 4706 | -2.99 | 57,665.08 |
| 04/22 | Card Purchase           04/19 Tobacco Hut And Vape Annapolis MD Card 4706 | -35.00 | 57,630.08 |
| 04/22 | Recurring Card Purchase 04/19 Tidal 844-878-4325 844-8784325 FL Card 4706 | -6.35 | 57,623.73 |
| 04/22 | ATM Withdrawal          04/22 2307 Forest DR Annapolis MD Card 4706 | -100.00 | 57,523.73 |
| 04/22 | Card Purchase With Pin  04/22 The Home Depot 2589 Annapolis MD Card 4706 | -28.57 | 57,495.16 |
| 04/23 | Card Purchase           04/23 Amercollectinsuramod 800-360-2277 PA Card 4706 | -426.97 | 57,068.19 |
| 04/25 | 36  Treas 310      Misc Pay         PPD ID: 9101036151 | 5.22 | 57,073.41 |
| 04/25 | Card Purchase           04/24 Vivint Inc/US 801-705-6253 UT Card 4706 | -39.33 | 57,034.08 |
| 04/25 | Card Purchase With Pin  04/25 Costco Whse #0325 Hanover MD Card 4706 | -20.99 | 57,013.09 |
| 04/25 | Card Purchase With Pin  04/25 Costco Whse #0325 Hanover MD Card 4706 | -54.57 | 56,958.52 |
| 04/25 | Card Purchase With Pin  04/25 Cvs/Pharm 02883--7851 Severn MD Card 4706 | -12.17 | 56,946.35 |
| 04/29 | Card Purchase           04/26 Eb The Treehouse A Ho 801-413-7200 CA Card 4706 | -17.85 | 56,928.50 |
| 04/29 | Card Purchase           04/27 Red Lobster 0398 Annapolis MD Card 4706 | -107.34 | 56,821.16 |
| 04/29 | Recurring Card Purchase 04/28 Apple.Com/Bill 866-712-7753 CA Card 4706 | -26.49 | 56,794.67 |
| 04/29 | Card Purchase With Pin  04/28 Bp#1794600Haine Baltimore MD Card 4706 | -2.11 | 56,792.56 |
| 04/29 | Card Purchase           04/28 Sq *Mansion Resturant & Baltimore MD Card 4706 | -14.99 | 56,777.57 |
| 04/30 | Card Purchase           04/29 Samsclub #6357 Annapolis MD Card 4706 | -35.07 | 56,742.50 |
| 04/30 | Card Purchase           04/29 Zips Cleaners 002 Annapolis MD Card 4706 | -24.99 | 56,717.51 |
| 04/30 | Card Purchase           04/29 Latino Market Annapolis MD Card 4706 | -32.26 | 56,685.25 |
| 04/30 | Card Purchase           04/30 Amzn Mktp US*216Pv17 Amzn.Com/Bill WA Card 4706 | -7.37 | 56,677.88 |
| 04/30 | Baltimore Gas An Billpay          PPD ID: 0000000160 | -359.00 | 56,318.88 |
| 04/30 | Recurring Card Purchase 04/30 Netflix.Com Netflix.Com CA Card 4706 | -24.37 | 56,294.51 |
| 04/30 | Interest Payment | 0.50 | 56,295.01 |
| | **Ending Balance** | | **$56,295.01** |



**CHASE PRIVATE CLIENT**

March 30, 2024 through April 30, 2024

Account Number: 0385

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**