

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2024 through May 31, 2024

Account Number: ████0385



00148118 DRE 001 212 15324 NNNNNNNNNNN  1 000000000 65 0000

BETH HENSON
DEBTOR IN POSSESSION CASE NO. 23-12719
298 ASTON FOREST LN
CROWNSVILLE MD 21032-1606

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | **$56,295.01** |
| Deposits and Additions | 20,077.38 |
| ATM & Debit Card Withdrawals | -4,552.02 |
| Electronic Withdrawals | -1,367.09 |
| Other Withdrawals | -2,000.00 |
| Ending Balance | **$68,453.28** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.49 |
| Interest Paid Year-to-Date | $2.59 |

Good news!  Your Chase Private Client Checking Monthly Service Fee was waived because you kept an average beginning day balance of $150,000 or more in qualifying linked deposits and investments during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$56,295.01** |
| 05/01 | Vacp Treas 310   Xxva Benef          PPD ID: 9111036002 | **1,995.01** | 58,290.02 |
| 05/01 | Card Purchase          05/01 Amzn Mktp US*Ex81R7X Amzn.Com/Bill WA Card 4706 | -19.79 | 58,270.23 |
| 05/01 | Card Purchase          04/30 Squaduptribecafilmtix Squadup.Com NY Card 4706 | -66.00 | 58,204.23 |
| 05/01 | Card Purchase          04/30 Umb Ssw Cont Prof Ed 410-7067655 MD Card 4706 | -265.00 | 57,939.23 |
| 05/01 | Quarterly Fee    Payment    6Q0H4Onr6l1     Web ID: 1501000502 | -250.00 | 57,689.23 |
| 05/01 | Card Purchase With Pin  05/01 The Home Depot #2557 Annapolis MD Card 4706 | -31.00 | 57,658.23 |
| 05/02 | Card Purchase          05/01 Amzn Mktp US*P19Y71G Amzn.Com/Bill WA Card 4706 | -16.68 | 57,641.55 |
| 05/02 | Ltcp Fltcip      Ins Prem          PPD ID: 7273728941 | -183.65 | 57,457.90 |
| 05/02 | 05/02 Withdrawal | -2,000.00 | 55,457.90 |
| 05/02 | Card Purchase With Pin  05/02 Dollar Tr 81 Forest Pl Annapolis MD Card 4706 | -12.91 | 55,444.99 |
| 05/02 | Usaa P&C      Autopay    13877983     Web ID: Usaa-Pcbp | -401.38 | 55,043.61 |
| 05/03 | Card Purchase          05/02 Croppmetcalfe 703-6988855 VA Card 4706 | -345.00 | 54,698.61 |



**CHASE PRIVATE CLIENT**

May 01, 2024 through May 31, 2024

Account Number:           **0385**

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|-------:|--------:|
| 05/03 | Card Purchase         05/03 Clavel Baltimore MD Card 4706 | -77.64 | 54,620.97 |
| 05/06 | Verizon Wireless Payments       PPD ID: 1223344794 | -93.06 | 54,527.91 |
| 05/06 | Card Purchase With Pin  05/04 The Home Depot 2589 Annapolis MD Card 4706 | -49.55 | 54,478.36 |
| 05/06 | Card Purchase With Pin  05/04 Annapolis Commis 321 K Annapolis MD Card 4706 | -82.78 | 54,395.58 |
| 05/06 | Card Purchase      05/04 Sq *Honeysmith Bees & Crownsville MD Card 4706 | -25.28 | 54,370.30 |
| 05/06 | Card Purchase      05/05 Baker Creek Heirloom 417-924-8917 MO Card 4706 | -14.75 | 54,355.55 |
| 05/06 | Card Purchase      05/05 Amzn Mktp US*Mm6Z96J Amzn.Com/Bill WA Card 4706 | -4.59 | 54,350.96 |
| 05/06 | Card Purchase      05/05 Amzn Mktp US*Z13Jt1R Amzn.Com/Bill WA Card 4706 | -8.99 | 54,341.97 |
| 05/06 | Recurring Card Purchase 05/06 Verizon*Recurring Pay 800-Verizon FL Card 4706 | -264.53 | 54,077.44 |
| 05/07 | Card Purchase      05/06 Aa CO Farm Lawn  Gard Severna Park MD Card 4706 | -106.52 | 53,970.92 |
| 05/08 | ATM Surcharge Refund    05/08 2061 Generals Highway Annapolis MD Card 4706 | **3.00** | 53,973.92 |
| 05/08 | Card Purchase With Pin  05/08 Costco Whse #0325 Hanover MD Card 4706 | -155.78 | 53,818.14 |
| 05/08 | Card Purchase With Pin  05/08 Aafes New Meade Main S FT Meade MD Card 4706 | -102.45 | 53,715.69 |
| 05/08 | Non-Chase ATM Withdraw  05/08 2061 Generals Highway Annapolis MD Card 4706 | -103.00 | 53,612.69 |
| 05/09 | Card Purchase      05/08 Aafes FT Meade Shop Gas FT Meade MD Card 4706 | -31.56 | 53,581.13 |
| 05/10 | Card Purchase      05/08 Dover AFB Carwash, LLC Fort Meade MD Card 4706 | -8.00 | 53,573.13 |
| 05/10 | Card Purchase      05/09 DC Park*Meter Multi 202-673-6813 DC Card 4706 | -3.48 | 53,569.65 |
| 05/10 | Card Purchase      05/09 Pp*Ew Guitar Glen Burnie MD Card 4706 | -90.00 | 53,479.65 |
| 05/13 | Card Purchase      05/12 Ic* Instacart 888-2467822 CA Card 4706 | -52.92 | 53,426.73 |
| 05/13 | Card Purchase With Pin  05/12 Target T- 6111 Dobbin Columbia MD Card 4706 | -23.84 | 53,402.89 |
| 05/13 | Card Purchase      05/12 Amzn Mktp US*Mb8Q05M Amzn.Com/Bill WA Card 4706 | -6.59 | 53,396.30 |
| 05/13 | Card Purchase      05/12 Taichi Bubble Tea Columbia MD Card 4706 | -8.23 | 53,388.07 |
| 05/14 | Recurring Card Purchase 05/13 Uscca/Delta Defense L 877-677-1919 WI Card 4706 | -29.15 | 53,358.92 |
| 05/15 | Card Purchase      05/14 Zips Cleaners 002 Annapolis MD Card 4706 | -49.98 | 53,308.94 |
| 05/15 | Card Purchase      05/14 Latino Market Annapolis MD Card 4706 | -40.60 | 53,268.34 |
| 05/17 | Card Purchase      05/16 Nasw Online Washington DC Card 4706 | -236.00 | 53,032.34 |
| 05/17 | Recurring Card Purchase 05/17 Apple.Com/Bill 866-712-7753 CA Card 4706 | -10.59 | 53,021.75 |
| 05/20 | Card Purchase      05/16 Pabc-Single Space Mete Baltimore MD Card 4706 | -1.00 | 53,020.75 |
| 05/20 | Card Purchase      05/17 Bm * Teriyaki House Www.Beyondmen GA Card 4706 | -44.49 | 52,976.26 |
| 05/20 | Card Purchase      05/19 Amzn Mktp US*Ij2JC94 Amzn.Com/Bill WA Card 4706 | -15.43 | 52,960.83 |
| 05/20 | Card Purchase      05/18 Cke*Olive On Main    50 Laurel MD Card 4706 | -41.01 | 52,919.82 |
| 05/20 | Recurring Card Purchase 05/19 Apple.Com/Bill 866-712-7753 CA Card 4706 | -2.99 | 52,916.83 |
| 05/20 | Recurring Card Purchase 05/19 Tidal 844-878-4325 844-8784325 FL Card 4706 | -6.35 | 52,910.48 |
| 05/20 | Card Purchase      05/19 Exxon Pmg #6124 Washington DC Card 4706 | -24.30 | 52,886.18 |



**CHASE PRIVATE CLIENT**

May 01, 2024 through May 31, 2024

Account Number:                0385



## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|--|--------|---------|
| 05/20 | Card Purchase | 05/19 Mcdonald's M7134 of MD Annapolis MD Card 4706 | -6.65 | 52,879.53 |
| 05/20 | Card Purchase | 05/19 Sams Club #6357 Annapolis MD Card 4706 | -33.18 | 52,846.35 |
| 05/21 | Vacp Treas 310   Xxva Benef          PPD ID: 9111036196 | | **14,208.29** | 67,054.64 |
| 05/21 | Card Purchase | 05/20 Vape Loft Edgewater MD Card 4706 | -64.99 | 66,989.65 |
| 05/21 | Card Purchase | 05/20 DC Park*Meter Multi 202-673-6813 DC Card 4706 | -1.57 | 66,988.08 |
| 05/21 | Card Purchase | 05/20 Sq *Happiness IV Washington DC Card 4706 | -120.00 | 66,868.08 |
| 05/21 | Card Purchase | 05/20 Hana Japanese Market Washington DC Card 4706 | -5.20 | 66,862.88 |
| 05/21 | Card Purchase | 05/21 Ebay O*14-11592-31124 San Jose CA Card 4706 | -23.46 | 66,839.42 |
| 05/21 | Card Purchase With Pin  05/21 Laurel Skating Center Laurel MD Card 4706 | | -8.00 | 66,831.42 |
| 05/21 | Card Purchase W/Cash    05/21 FT Meade Commiss 2786 Fort Meade MD Card 4706<br>Purchase $212.96 Cash Back $25.00 | | -237.96 | 66,593.46 |
| 05/22 | Card Purchase | 05/20 Funkypiece Washington DC Card 4706 | -3.18 | 66,590.28 |
| 05/22 | Card Purchase | 05/20 Homestead Gardens Davidsonville MD Card 4706 | -19.04 | 66,571.24 |
| 05/22 | Card Purchase | 05/21 Aafes FT Meade Shop Gas FT Meade MD Card 4706 | -0.22 | 66,571.02 |
| 05/23 | Card Purchase | 05/22 Aa CO Farm Lawn  Gard Severna Park MD Card 4706 | -59.41 | 66,511.61 |
| 05/24 | Card Purchase | 05/23 Mark G Chalpin Esq Att 301-9904900 MD Card 4706 | -300.00 | 66,211.61 |
| 05/24 | Card Purchase | 05/23 Annapolis Commissary Annapolis MD Card 4706 | -245.69 | 65,965.92 |
| 05/28 | Card Purchase | 05/24 Amzn Mktp US*Q32Q406 Amzn.Com/Bill WA Card 4706 | -121.34 | 65,844.58 |
| 05/28 | Card Purchase | 05/25 Amzn Mktp US*7N8M39E Amzn.Com/Bill WA Card 4706 | -73.93 | 65,770.65 |
| 05/28 | Card Purchase | 05/24 Amzn Mktp US*Nf3MT78 Amzn.Com/Bill WA Card 4706 | -10.59 | 65,760.06 |
| 05/28 | Card Purchase | 05/24 Vivint Inc/US 801-705-6253 UT Card 4706 | -39.33 | 65,720.73 |
| 05/28 | Card Purchase | 05/24 Sq *Honeysmith Bees & Crownsville MD Card 4706 | -94.91 | 65,625.82 |
| 05/28 | Card Purchase | 05/25 Amzn Mktp US*He7Hq3Y Amzn.Com/Bill WA Card 4706 | -74.09 | 65,551.73 |
| 05/28 | Card Purchase With Pin  05/25 Nex Fuel 050460 Annapolis MD Card 4706 | | -29.14 | 65,522.59 |
| 05/28 | Card Purchase With Pin  05/25 Navy Exchange 050460 Annapolis MD Card 4706 | | -71.14 | 65,451.45 |
| 05/28 | Card Purchase With Pin  05/25 The Home Depot #2557 Annapolis MD Card 4706 | | -62.08 | 65,389.37 |
| 05/28 | Card Purchase | 05/26 Alexandras At Turf Val 410-4651500 MD Card 4706 | -12.90 | 65,376.47 |
| 05/28 | Zelle Payment To Keilani Sprinkle Jpm99Ahozbxd | | -80.00 | 65,296.47 |
| 05/28 | Card Purchase With Pin  05/28 Tractor Supply C 7994 Glen Burnie MD Card 4706 | | -16.76 | 65,279.71 |
| 05/28 | Card Purchase | 05/28 Subway 2447 Millersville MD Card 4706 | -6.86 | 65,272.85 |
| 05/28 | Card Purchase With Pin  05/28 The Home Depot #2557 Annapolis MD Card 4706 | | -12.74 | 65,260.11 |
| 05/29 | Recurring Card Purchase 05/29 Apple.Com/Bill 866-712-7753 CA Card 4706 | | -26.49 | 65,233.62 |
| 05/29 | Card Purchase | 05/28 The UPS Store 972 301-6138162 MD Card 4706 | -5.29 | 65,228.33 |
| 05/29 | Card Purchase | 05/28 Sq *Honeysmith Bees & Crownsville MD Card 4706 | -10.32 | 65,218.01 |

CHASE PRIVATE CLIENT

May 01, 2024 through May 31, 2024

Account Number: ████████0385

## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 05/29 | Baltimore Gas An Billpay          PPD ID: 0000000160 | -359.00 | 64,859.01 |
| 05/29 | Card Purchase          05/29 Subway 65967 Perryville MD Card 4706 | -7.33 | 64,851.68 |
| 05/30 | Recurring Card Purchase 05/29 Sams Club Renewal Annapolis MD Card 4706 | -110.00 | 64,741.68 |
| 05/30 | Recurring Card Purchase 05/30 Hunter-Ed.Com Httpswww.Hunt TX Card 4706 | -26.45 | 64,715.23 |
| 05/31 | Vacp Treas 310   Xxva Benef          PPD ID: 9111036002 | **3,870.59** | 68,585.82 |
| 05/31 | Card Purchase          05/31 Amzn Mktp US*1A6Sr6N Amzn.Com/Bill WA Card 4706 | -19.79 | 68,566.03 |
| 05/31 | Card Purchase          05/31 Amzn Mktp US*WV1Xa7S Amzn.Com/Bill WA Card 4706 | -19.79 | 68,546.24 |
| 05/31 | Recurring Card Purchase 05/31 Netflix.Com Netflix.Com CA Card 4706 | -24.37 | 68,521.87 |
| 05/31 | Card Purchase With Pin  05/31 Michaels Stores Inc881 Annapolis MD Card 4706 | -45.04 | 68,476.83 |
| 05/31 | Card Purchase With Pin  05/31 Wholefds Asi 102 200 H Annapolis MD Card 4706 | -24.04 | 68,452.79 |
| 05/31 | Interest Payment | **0.49** | 68,453.28 |
| | **Ending Balance** | | **$68,453.28** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**