IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>Beth A. Henson<br><br>*Debtor* | Case No.: 23-12719-MMH<br>Chapter 11 |
| In re:<br><br>Cynthia A. Warren<br><br>*Debtor* | Case No. 23-13194 MMH<br>Chapter 11 |
| | Jointly Administered Under<br>Case No.: 23-13194-MMH |

**NOTICE OF JOINT AMENDED MOTION FOR RELIEF FROM STAY TO PURSUE
LEGAL MALPRACTICE CLAIM AND HEARING THEREON**

  Beth A. Henson and Cynthia A. Warren ("Debtors") have filed papers with the court seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(a) to pursue a legal malpractice claim. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may wish to consult one.)

  If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then, **pursuant to this Court's April 3, 2024 Order, attached below**, by **August 8, 2024,** you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail copies to:

| | |
|---|---|
| Marc A. Ominsky, Esq., #13956<br>The Law Offices of Marc A. Ominsky<br>10632 Little Patuxent Pkwy, Suite 249<br>Columbia, MD 21044<br>Office: (443) 539-8712<br>info@mdlegalfirm.com<br><br>*Counsel for Debtor Warren* | Eric S. Steiner, Esquire<br>Federal Bar No. 28705<br>eric@steinerlawgroup.com<br>**STEINER LAW GROUP, LLC**<br>P.O. Box 17598, PMB 83805<br>Baltimore, Maryland 21297<br>(410) 670-7060 (phone)<br>(410) 834-143 (fax)<br><br>*Counsel for Debtor Henson* |

-2-

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, a hearing on the motion will take place **August 22, 2024** at **10:00 a.m.** in **Courtroom 9-C**, U.S. Bankruptcy Court for the District of Maryland, Baltimore Division, 101 W. Lombard St., Baltimore, MD 21201..

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY FIND THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

DATED:  July 25, 2024

| */s/ Marc A. Ominsky* | */s/ Eric S. Steiner* |
|---|---|
| Marc A. Ominsky, Esq., #13956 | Eric S. Steiner, Esquire |
| The Law Offices of Marc A. Ominsky | Federal Bar No. 28705 |
| 10632 Little Patuxent Pkwy, Suite 249 | eric@steinerlawgroup.com |
| Columbia, MD 21044 | **STEINER LAW GROUP, LLC** |
| Office: (443) 539-8712 | P.O. Box 17598, PMB 83805 |
| info@mdlegalfirm.com | Baltimore, Maryland 21297 |
|  | (410) 670-7060 (phone) |
|  | (410) 834-143 (fax) |
| *Counsel for Debtor Warren* | *Counsel for Debtor Henson* |