**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re: <br><br> Beth A. Henson <br><br> *Debtor* | Case No.: 23-12719-MMH <br> Chapter 11 |
| In re: <br><br> Cynthia A. Warren <br><br> *Debtor* | Case No. 23-13194 MMH <br> Chapter 11 |
| | Joint Administered Under <br> Case No.: 23-13194-MMH |

**ORDER GRANTING JOINT AMENDED MOTION FOR RELIEF FROM THE
AUTOMATIC STAY NUNC PRO TUNC AS APPLICABLE TO MAY 30, 2024**

Upon consideration of the Joint Motion for Relief from the Automatic Stay (the "Motion") filed by Beth A. Henson and Cynthia A. Warren, Debtors, for entry of an order terminating the automatic stay, and after considering any objections filed thereto, and following any hearing held thereon; and due and adequate notice of the Motion having been provided; and

-2-

after due deliberation and sufficient cause appearing therefor; it, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the automatic stay pursuant to 11 U.S.C. § 362(a) be, and the same hereby is, lifted to permit the Debtors to pursue their legal malpractice claim against James M. Peppe, Esq. and West & Feinberg, P.C, in any forum they choose, nunc pro tunc as applicable to May 30, 2024, and it is further

**ORDERED**, that the fourteen day stay of relief pursuant to Fed. R. Bankr. Proc. 4001(a)(3) be, and the same hereby is, waived.

## END OF ORDER