**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Beth A. Henson<br><br>     *Debtor* | Case No.: 23-12719-MMH<br>Chapter 11 |
| In re:<br><br>Cynthia A. Warren<br><br>     *Debtor* | Case No. 23-13194 MMH<br>Chapter 11 |
| | Joint Administered Under<br>Case No.: 23-13194-MMH |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of July, 2024, I reviewed the CM/ECF

website, and a copy of the Debtors':

1. Joint Amended  Motion for Relief from
   Automatic Stay;

2. Notice of Motion (two versions);

3. Proposed Order; and

4. this Court's April 3 2024 Order,
   was served electronically via the Court's CM/ECF system to:

Hugh Bernstein                                    Nancy Alper
*U.S. Trustee*                                       *Counsel for the District of Columbia*

Marc A, Ominsky
*Counsel for Cynthia A. Warren*

I FURTHER CERTIFY that on this 24$^{5h}$ day of July, 2024, a copy of the foregoing four documents was sent via first-class mail to the parties below and/or to the all creditors and parties listed on the attached joint matrix:

West & Feinberg, P.C.
c/o Metropolitan Agents, Inc.
4550 Montgomery Ave.
Suite 775N
Bethesda, MD 20814

James M. Peppe
West & Feinberg, P.C.
4550 Montgomery Ave.
Suite 775N
Bethesda, MD 20814

*/s/ Eric S. Steiner*
Eric S. Steiner