| | | |
|---|---|---|
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | AAFES<br>Attn: Bankruptcy<br>Po Box 650060<br>Dallas, TX 75265-0060 | Wells Fargo Mortgage<br>Attn: Written Correspondence Dept<br>Po Box 10335<br>Des Moines, IA 50306-0335 |
| Verizon<br>by American InfoSource as agent 4515 N<br>Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Anne Arundel County Office of Law<br>Attn Margaret V Dall'acqua<br>2660 Riva Road, 4th floor<br>Annapolis MD 21401-7180 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | US SEC<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE Ste 900<br>Atlanta GA 30326-1382 | Brian L. Schwalb<br>Office of the Attorney General<br>District of Columbia<br>400 6th Street N.W.<br>Washington, DC 20001-0189 |
| Comptroller of Maryland<br>Bankruptcy Unit<br>301 W Preston St Room 409<br>Baltimore MD 21201-2383 | Carmax Auto Finance<br>225 Chastain Meadows Ct<br>Kennesaw GA 30144-5942 | JPMorgan Chase Bank N A<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe LA 71203-4774 |
| DSNB Bloomingdales<br>Attn: Recovery 'Bk'<br>Po Box 9111<br>Mason, OH 45040 | Jessica Hepburn-Sadler<br>Ballard Spahr LLP<br>1909 K Street N.W., 12th Floor<br>Washington DC, MD 20814 | Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | District of Columbia Office of Attorney General<br>400 6th Street, NW<br>Washington, DC 20001-0189 | Secretary of the Treasury<br>15 & Pennsylvania Avenue<br>Washington, DC 20220-0001 |
| Newday Fin LLC/service<br>PO Box 100078<br>Duluth, GA 30096-9377 | Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 |
| Matthew Kaiser<br>KaiserDillon PLLC<br>1099 14th Street NW<br>8th Floor West Washington, DC 20005-3419 | Specialized Loan Servicing LLC<br>Attn: Bankruptcy<br>P.O. Box 630147<br>Littleton, CO 80163-0147 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 |

| | | |
|---|---|---|
| US Attorney's Office for the District of Maryland<br>36 S Charles Street Fourth Floor<br>Baltimore MD 21201-3020 | Syncb<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>9800 Fredricksburg Rd<br>San Antonio, TX 78288-0002 | Truist Bank<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 POB 85092<br>Richmond, VA 23286-0001 | Switchthink/NIHFCU<br>111 Rockville Pike<br>Rockville, MD 20850-5109 |
| USSA Federal Saving Bank/Nationstar<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd, Ste B<br>Coppell, TX 75019-4620 | West & Feinberg, P.C.<br>c/o Metropolitan Agents, Inc.<br>4550 Montgomery Ave.<br>Suite 775N<br>Bethesda, MD 20814 | James M. Peppe<br>West & Feinberg, P.C.<br>4550 Montgomery Ave.<br>Suite 775N<br>Bethesda, MD 20814 |

Case 23-13194    Doc 101-4    Filed 07/25/24    Page 3 of 4

Xfinity/ Comcast
One Xfinity Center
Philadelphia, PA 19103


Supervisor of Delin. Accts
Abel Wolman Municipal Building
200 Holliday Street- Room #1 Bankruptcy
Baltimore, MD 21202-6295


Baltimore Gas & Electric
P.O. Box 1475
Baltimore, MD 21203-1475



Homeserve
601 Merritt 7
Norwalk, CT 06851-1174