**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re: | |
| Beth A. Henson | Case No.: 23-12719-MMH |
| | Chapter 11 |
| *Debtor* | |
| In re: | |
| Cynthia A. Warren | Case No. 23-13194 MMH |
| | Chapter 11 |
| *Debtor* | |
| | Jointly Administered Under |
| | Case No.: 23-13194-MMH |
| Beth A. Henson and Cynthia A. Warren | |
| *Movants* | |
| *v.* | |
| James M. Peppe, *et al.* | |
| *Respondents* | |

**ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO DEBTORS'**
**AMENDED  MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**TO PURSUE LEGAL MALPRACTICE CLAIM,**
**NUNC PRO TUNC AS APPLICABLE TO MAY 30, 2024**

Upon consideration of the motion (the "Motion") filed by Beth A. Henson and Cynthia A.

Warren (collectively "Debtors") for the entry of an order shortening the time to respond to the

Debtors' Amended Motion for Relief From the Automatic Stay to Pursue Legal Malpractice Claim,

Nunc Pro Tunc as Applicable to May 30, 2024, and after considering any objections filed thereto, and following any hearing held thereon; and it appearing that granting the Motion is in the best interests of the Debtors, the estate and creditors; and due and adequate notice of the Motion having been provided; and after due deliberation and sufficient cause appearing therefor; it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the time to respond to the Debtors' Amended Motion for Relief from the Automatic Stay to Pursue Legal Malpractice Claim, Nunc Pro Tunc as Applicable to May 30, 2024, is shortened to July 29, 2024.

cc:

Debtors
Eric S. Steiner (via CM/ECF)
Marc A. Ominsky (via CM/ECF)
U.S. Trustee
Nancy Alper
All Creditors and Parties of Interest