Entered: July 25th, 2024
Signed: July 25th, 2024
**SO ORDERED**



**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Cynthia Ann Warren, | * | Case No. 23-13194-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Beth A. Henson, | * | Case No. 23-12719-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| | * | Jointly Administered Under |
| | * | Case No.: 23−13194−MMH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### THIRD ORDER SETTING CERTAIN DEADLINES AND FURTHER HEARING

The Court held a status hearing in the above-captioned jointly administered chapter 11 cases on July 25, 2024 (the "Status Hearing"). For the reasons set forth on the record at the Status Hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a further status hearing in these chapter 11 cases on **September 26, 2024, at 1:00 p.m., by videoconference** (the "September Hearing"); and it is further

**ORDERED**, that the Debtors shall file their disclosure statements and proposed plan of reorganization under sections 1125 and 1129 of the Bankruptcy Code, respectively, **on or before September 20, 2024**; and it is further

**ORDERED**, that the Debtors shall file a Line setting forth the status of the state court litigation referenced in the Amended Motion for Relief from Stay [ECF 101] (the "Amended Motion") **within 45 days of the entry of an order granting the relief requested by the Amended Motion and every 45 days thereafter until further order of the Court**; and it is further

**ORDERED**, that parties who wish to participate in the September Hearing shall contact the Court's Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov to receive the Zoom hearing access information.

cc:     All Parties

**END OF ORDER**