Entered: July 26th, 2024
Signed: July 26th, 2024
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | |
| Cynthia A. Warren, | Case No. 23-13194-MMH |
| Debtor. | Chapter 11 |
| In re: | |
| Beth A. Henson, | Case No. 23-12719-MMH<br>Jointly Administered Under<br>Case No. 23-13194-MMH |
| Debtor. | Chapter 11 |
| Beth A. Henson and Cynthia A. Warren, | |
| Movants, | |
| v. | |
| James M. Peppe, et al., | |
| Respondents, | |

### ORDER GRANTING MOTION TO SHORTEN TIME
### AND/OR REQUEST FOR EXPEDITED HEARING

Having considered the Movants' Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the Debtors' Amended Motion for Relief from the Automatic Stay to Pursue Legal Malpractice Claim (the "Motion") is shortened **to July 29, 2024**; and it is further

ORDERED, that if an objection to the Motion is filed in accordance with this Order, a hearing will be set by *a separate Notice or Order of this Court*; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the Motion and this Order on the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to the Motion, the Motion may be granted without further notice or hearing.

cc: Debtors
    Debtors' Counsel

**END OF ORDER**