United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-13194-MMH
Cynthia Ann Warren  Chapter 11
Beth A. Henson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 2
Date Rcvd: Jul 25, 2024     Form ID: pdfparty     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Ann Warren, 1024 E 36th Street, Baltimore, MD 21218-2146 |
| aty | + | Mark G. Chalpin, 6411 Ivy Lane, Suite 304, Greenbelt, MD 20770-1405 |
| aty | + | Matthew Kaiser, The Law Offices of KaiserDillon, PLLC, 1099 14th Street, NW, Washington, DC 20005-3419 |
| jadb | + | Beth A. Henson, 298 Aston Forest Ln, Crownsville, MD 21032-1606 |
| cr | + | District of Columbia Office of Att General, 400 6th Street, N.W., Washington, DC 20001-0189 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 25 2024 19:12:21 | District of Columbia Office of Att General, 400 6th Street, N.W., Washington, DC 20001-0189 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 25 2024 19:15:00 | Office of The United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 19:15:00 | Truist Bank, Ballard Spahr LLP, c/o Jessica Hepburn Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| acc | | Frank J. Giarratano |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdfparty | Total Noticed: 7 |
| Date: Jul 27, 2024 | Signature:   /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jessica Hepburn-Sadler | sadlerjh@ballardspahr.com  andersonn@ballardspahr.com |
| John D. Sadler | Sadlerj@ballardspahr.com  andersonn@ballardspahr.com,LitDocket_East@ballardspahr.com |
| Marc A. Ominsky | info@mdlegalfirm.com<br>marc@mdlegalfirm.com,adeal@mdlegalfirm.com,bkcourtmailmd@gmail.com,a.mr78701@notify.bestcase.com |
| Nancy Alper | nancy.alper@dc.gov |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 7

Entered: July 25th, 2024
Signed: July 25th, 2024

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Cynthia Ann Warren, | * | Case No. 23-13194-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Beth A. Henson, | * | Case No. 23-12719-MMH |
| | * | |
| Debtor. | * | Chapter 11 |
| | * | |
| | * | Jointly Administered Under |
| | * | Case No.: 23−13194−MMH |
| | * | |

* * * * * * * * * * * * *

**THIRD ORDER SETTING CERTAIN DEADLINES AND FURTHER HEARING**

The Court held a status hearing in the above-captioned jointly administered chapter 11 cases on July 25, 2024 (the "Status Hearing"). For the reasons set forth on the record at the Status Hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Court will hold a further status hearing in these chapter 11 cases on **September 26, 2024, at 1:00 p.m., by videoconference** (the "September Hearing"); and it is further

**ORDERED**, that the Debtors shall file their disclosure statements and proposed plan of reorganization under sections 1125 and 1129 of the Bankruptcy Code, respectively, **on or before September 20, 2024**; and it is further

**ORDERED**, that the Debtors shall file a Line setting forth the status of the state court litigation referenced in the Amended Motion for Relief from Stay [ECF 101] (the "Amended Motion") **within 45 days of the entry of an order granting the relief requested by the Amended Motion and every 45 days thereafter until further order of the Court**; and it is further

**ORDERED**, that parties who wish to participate in the September Hearing shall contact the Court's Courtroom Deputy at Hearings_MMH@mdb.uscourts.gov to receive the Zoom hearing access information.

cc:   All Parties

**END OF ORDER**