United States Bankruptcy Court
District of Maryland

In re:  
Cynthia Ann Warren  
Beth A. Henson  
    Debtors

Case No. 23-13194-MMH  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 26, 2024 | Form ID: pdfparty | Total Noticed: 9 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Ann Warren, 1024 E 36th Street, Baltimore, MD 21218-2146 |
| aty | + | Mark G. Chalpin, 6411 Ivy Lane, Suite 304, Greenbelt, MD 20770-1405 |
| aty | + | Matthew Kaiser, The Law Offices of KaiserDillon, PLLC, 1099 14th Street, NW, Washington, DC 20005-3419 |
| jadb | + | Beth A. Henson, 298 Aston Forest Ln, Crownsville, MD 21032-1606 |
| cr | + | District of Columbia Office of Att General, 400 6th Street, N.W., Washington, DC 20001-0189 |
| | + | James M. Peppe, West & Feinberg, P.C., 4550 Montgomery Ave., Suite 775N, Bethesda, MD 20814-3376 |
| | + | West & Feinberg, P.C., c/o Metropolitan Agents, Inc., 4550 Montgomery Ave., Suite 775N, Bethesda, MD 20814-3376 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 26 2024 19:05:22 | District of Columbia Office of Att General, 400 6th Street, N.W., Washington, DC 20001-0189 |
| | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jul 26 2024 19:10:00 | Office of The United States Trustee, 101 West Lombard Street, Suite 2625, Baltimore, MD 21201-2668 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jul 26 2024 19:10:00 | Truist Bank, Ballard Spahr LLP, c/o Jessica Hepburn Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| acc | | Frank J. Giarratano |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 26, 2024 | Form ID: pdfparty | Total Noticed: 9 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Eric S. Steiner
    info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email

Hugh M. (UST) Bernstein
    hugh.m.bernstein@usdoj.gov

Jessica Hepburn-Sadler
    sadlerjh@ballardspahr.com  andersonn@ballardspahr.com

John D. Sadler
    Sadlerj@ballardspahr.com  andersonn@ballardspahr.com,LitDocket_East@ballardspahr.com

Marc A. Ominsky
    info@mdlegalfirm.com
    marc@mdlegalfirm.com,adeal@mdlegalfirm.com,bkcourtmailmd@gmail.com,a.mr78701@notify.bestcase.com

Nancy Alper
    nancy.alper@dc.gov

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 7

Entered: July 26th, 2024
Signed: July 26th, 2024

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 23-13194-MMH |
| Cynthia A. Warren, | * | |
| | | Chapter 11 |
| Debtor. | * | |
| * * * * * * * | | |
| In re: | * | |
| | | Case No. 23-12719-MMH |
| Beth A. Henson, | * | Jointly Administered Under |
| | | Case No. 23-13194-MMH |
| Debtor. | * | |
| * * * * * * * | | Chapter 11 |
| Beth A. Henson and Cynthia A. Warren, | * | |
| Movants, | * | |
| v. | | |
| | * | |
| James M. Peppe, et al., | | |
| | * | |
| Respondents, | | |
| * * * * * * * * * * * * * * * | | |

**ORDER GRANTING MOTION TO SHORTEN TIME
AND/OR REQUEST FOR EXPEDITED HEARING**

Having considered the Movants' Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time to object to the Debtors' Amended Motion for Relief from the Automatic Stay to Pursue Legal Malpractice Claim (the "Motion") is shortened **to July 29, 2024**; and it is further

ORDERED, that if an objection to the Motion is filed in accordance with this Order, a hearing will be set by *a separate Notice or Order of this Court*; and it is further

   ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the Motion and this Order on the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing and file the applicable Certificate of Service within one day of entry of this Order; and it is further

   ORDERED, that if no objection is filed by any party in interest to the Motion, the Motion may be granted without further notice or hearing.


cc: Debtors
   Debtors' Counsel


**END OF ORDER**